IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 21-20055-CMB |
| Jason D. Edwards and ) | Chapter 13 |
| Carrie A. Edwards, ) | |
|     Debtors. ) | Document No.: |
| ) | Related to Document No.: 1, 13 |
| _____ ) | |
| Jason D. Edwards and ) | |
| Carrie A. Edwards, ) | |
|     Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## ORDER

AND NOW, to wit, this __26th__ day of __January__, 2021, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtors, Jason D. Edwards and Carrie A. Edwards, are hereby granted an extension until February 8, 2021 to file a completed Chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
1/26/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-20055-CMB
Jason D. Edwards                                                                                Chapter 13
Carrie A. Edwards
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2             User: nsha             Page 1 of 2
Date Rcvd: Jan 26, 2021        Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

**Recip ID**          **Recipient Name and Address**
db/jdb            + Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, Pittsburgh, PA 15122-3902

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021                 Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

**Name**             **Email Address**

Brian Nicholas
            on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Keri P. Ebeck
            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Matthew M. Herron
            on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
            on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 User: nsha Page 2 of 2
Date Rcvd: Jan 26, 2021 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6