IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **21-20055** |
| **Jason D. Edwards** | : | |
| **Carrie A. Edwards** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Jason D. Edwards** | : | |
| **Carrie A. Edwards** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Matthew M. Herron 88927**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtors' complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
    Signature
    **Matthew M. Herron 88927**
    Typed Name
    **d/b/a Herron Business Law**
    **607 College Street, Suite 101**
    **Pittsburgh, PA 15232**
    Address
    **412-395-6001 Fax:412-391-2808**
    Phone No.
    **88927 PA**
    List Bar I.D. and State of Admission

```
Ally Bank Lease Trust
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Capital One Bank USA N.A.
P.O. Box 85015
Richmond, VA 23285-5075

Capital One Bank USA NA
POB 30281
Salt Lake City, UT 84130-0281

Capital One Bank USA NA
P.O. Box 85015
Richmond, VA 23285-5075

Citibank, NA
701 East 60th Street N.
Sioux Falls, SD 57104

Comenity Capital Bank/Big Lots Credit Ca
P.O. Box 182120
Columbus, OH 43218

Comenity/Hot Topic
P.O. Box 182789
Columbus, OH 43218

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE 19850-5316

Fingerhut/Webbank
6250 Ridgewood Road
Saint Cloud, MN 56303

HSBC Bank USA
P.O. Box 4657
Carol Stream, IL 60197-5255

Kohls Department Store
PO Box 3115
Milwaukee, WI 53201

Lowes
P.O. Box 530914
Atlanta, GA 30353
```

M&T Bank  
P.O. Box 619063  
Dallas, TX 75261-9063

Navient  
P.O. Box 9655  
Wilkes Barre, PA 18773-9655

Navient  
PO Box 9500  
Wilkes Barre, PA 18773

North District Credit Union  
4073 Route 8  
Allison Park, PA 15101

North Districts Community  
5321 William Flynn Highway  
Credit Union  
Gibsonia, PA 15044

North Districts Community CU  
5321 William Flynn Highway  
Credit Union  
Gibsonia, PA 15044

Sams Club  
PO Box 530942  
Atlanta, GA 30353-0942

SYNCB/Care Credit  
P.O. Box 965036  
Orlando, FL 32896-5036

SYNCB/JC Penneys  
4125 Windward Plaza  
Alpharetta, GA 30005

SYNCB/PayPal Credit Card  
P.O. Box 965005  
Orlando, FL 32896-5005

SYNCB/PPC  
P.O. Box 965005  
Orlando, FL 32896

TBOM/OLLO Card Services  
P.O. Box 9222  
Old Bethpage, NY 11804

TD Bank USA/Target Credit  
7000 Target Parkway N.  
Mail Stop NCD-0450  
Brooklyn Park, MN 55445-4301

TD Bank, N.A.
222 N. LaSalle Street
Suite 1600
Chicago, IL 60601

The Home Depot/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

Weltman, Weinberg & Reis Co., LPA
436 7th Ave., Suite 2500
Pittsburgh, PA 15219-1842