

W    Q Search

# Payslip  [Guide Me]

## Jason Edwards: 05/09/2020 (Regular) - Complete   Actions

( Previous Payslip )   ( Return to My Payslips )   ( Print Payslip Image )   ( Print Multiple Payslips )

### Company Information  1 item

| Name | Address |
|---|---|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jason Edwards | 3006968 | 04/26/2020 | 05/09/2020 | 05/15/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 72.20 | 2,289.87 | 263.30 | 14.24 | 1,544.80 |
| YTD | 783.70 | 23,897.02 | 2,622.92 | 142.40 | 16,113.18 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
|---|---|---|---|
| GTL Imputed Income | 04/26/2020 - 05/09/2020 | 0.00 | 0.00 |
| Holiday Full Time | | | |
| On Call | 05/03/2020 - 05/09/2020 | 25.00 | 3.00 |
| OT Straight (1x) | 05/03/2020 - 05/09/2020 | 0.20 | 27.58 |
| OT-FLSA Premium (½) | 05/03/2020 - 05/09/2020 | 0.20 | 14.725 |
| PTO Scheduled - Time Off | 04/26/2020 - 05/09/2020 | 8.00 | 27.58 |
| Regular Pay | 04/26/2020 - 05/09/2020 | 72.00 | 27.58 |
| Weekday Shift Pay | | | |
| | | Tota | |

### Employee Taxes  7 items  ⓘ

| Description | Amount | YTD |
|---|---|---|
| OASDI | 131.35 | 1,378.49 |
| Medicare | 30.72 | 322.39 |
| Federal Withholding | 215.47 | 2,376.51 |
| State Tax - PA | 65.33 | 683.99 |
| SUI-Employee Paid - PA | 1.38 | 14.34 |
| City Tax - JFRSN | 21.28 | 222.80 |
| PA LST - JFRSN | 2.00 | 20.00 |
| Total: | 467.53 | 5,018.52 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 91.60 | 955.92 |
| Dental-Pre Tax | 26.58 | 265.80 |
| Medical-Pre Tax | 131.04 | 1,310.40 |
| Parking | 10.00 | 50.00 |
| Vision Pre-Tax | 4.08 | 40.80 |
| Total: | 263.30 | 2,622.92 |

### Post Tax Deductions  3 items

| Description | Amount | YTD |
|---|---|---|
| Life - Child | 0.58 | 5.80 |
| Life - Spouse | 0.54 | 5.40 |
| Supplemental Life and AD&D | 13.12 | 131.20 |
| Total: | 14.24 | 142.40 |

**Employer Paid Benefits**  5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 91.60 | 955.92 |
| Co Paid Health | 595.78 | 5,957.80 |
| Co Paid Life | 0.53 | 5.30 |
| Co Paid LTD | 3.04 | 30.40 |
| Co Paid STD | 1.38 | 13.80 |
| Total: | 692.33 | 6,963.22 |

**Taxable Wages**  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,118.54 | 22,233.72 |
| Medicare - Taxable Wages | 2,118.54 | 22,233.72 |
| Federal Withholding - Taxable Wages | 2,026.94 | 21,277.80 |

**Withholding**  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**  2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,069.80 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,544.80 | |

Payslip 

# Payslip Guide Me

## Jason Edwards: 05/23/2020 (Regular) - Complete  Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image | Print Multiple Payslips |

### Company Information  1 item

| Name | Address |
|---|---|
| Jefferson Regional Medical Center | 576 Coal Valley Rd
Jefferson Hills, PA 15025
United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jason Edwards | 3006968 | 05/10/2020 | 05/23/2020 | 05/29/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.50 | 2,227.09 | 250.79 | (485.76) | 2,012.23 |
| YTD | 864.20 | 26,124.11 | 2,873.71 | (343.36) | 18,125.41 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
|---|---|---|---|
| GTL Imputed Income | 05/10/2020 - 05/23/2020 | 0.00 | 0.00 |
| Holiday Full Time | | | |
| On Call | | | |
| OT Straight (1x) | 05/17/2020 - 05/23/2020 | 0.50 | 27.58 |
| OT-FLSA Premium (½) | 05/17/2020 - 05/23/2020 | 0.50 | 13.79 |
| PTO Scheduled - Time Off | | | |
| Regular Pay | 05/10/2020 - 05/23/2020 | 80.00 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Total |

### Employee Taxes  7 items  (?)

| Description | Amount | YTD |
|---|---|---|
| OASDI | 128.08 | 1,506.57 |
| Medicare | 29.95 | 352.34 |
| Federal Withholding | 204.41 | 2,580.92 |
| State Tax - PA | 63.41 | 747.40 |
| SUI-Employee Paid - PA | 1.33 | 15.67 |
| City Tax - JFRSN | 20.65 | 243.45 |
| PA LST - JFRSN | 2.00 | 22.00 |
| Total: | 449.83 | 5,468.35 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 89.09 | 1,045.01 |
| Dental-Pre Tax | 26.58 | 292.38 |
| Medical-Pre Tax | 131.04 | 1,441.44 |
| Parking | | 50.00 |
| Vision Pre-Tax | 4.08 | 44.88 |
| Total: | 250.79 | 2,873.71 |

### Post Tax Deductions  4 items

| Description | Amount | YTD |
|---|---|---|
| AHN COVID-19 Heroes Program | (500.00) | (500.00) |
| Life - Child | 0.58 | 6.38 |
| Life - Spouse | 0.54 | 5.94 |
| Supplemental Life and AD&D | 13.12 | 144.32 |
| Total: | (485.76) | (343.36) |

**Employer Paid Benefits**   5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 89.09 | 1,045.01 |
| Co Paid Health | 595.78 | 6,553.58 |
| Co Paid Life | 0.53 | 5.83 |
| Co Paid LTD | 3.04 | 33.44 |
| Co Paid STD | 1.38 | 15.18 |
| **Total:** | 689.82 | 7,653.04 |

**Taxable Wages**   3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,065.76 | 24,299.48 |
| Medicare - Taxable Wages | 2,065.76 | 24,299.48 |
| Federal Withholding - Taxable Wages | 1,976.67 | 23,254.47 |

**Withholding**   3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**   2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,537.23 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 2,012.23 | |

Payslip - Workday

W    Q Search

## Payslip  [Guide Me]

### Jason Edwards: 06/06/2020 (Regular) - Complete    Actions

[ Previous Payslip ]  [ Return to My Payslips ]  [ Print Payslip Image ]  [ Print Multiple Payslips ]

### Company Information  1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 05/24/2020 | 06/06/2020 | 06/12/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 72.60 | 2,314.12 | 254.27 | 14.24 | 1,567.14 |
| YTD | 936.80 | 28,438.23 | 3,127.98 | (329.12) | 19,692.55 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
|-------------|-------|-------|------|
| GTL Imputed Income | 05/24/2020 - 06/06/2020 | 0.00 | 0.00 |
| Holiday Full Time | 05/24/2020 - 06/06/2020 | 8.00 | 27.58 |
| On Call | 05/31/2020 - 06/06/2020 | 25.00 | 3.00 |
| OT Straight (1x) | 05/31/2020 - 06/06/2020 | 1.10 | 27.58 |
| OT-FLSA Premium (½) | 05/31/2020 - 06/06/2020 | 1.10 | 14.70 |
| PTO Scheduled - Time Off | | | |
| Regular Pay | 05/24/2020 - 06/06/2020 | 71.50 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Total |

### Employee Taxes  7 items  (?)

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 133.47 | 1,640.04 |
| Medicare | 31.22 | 383.56 |
| Federal Withholding | 222.79 | 2,803.71 |
| State Tax - PA | 66.08 | 813.48 |
| SUI-Employee Paid - PA | 1.39 | 17.06 |
| City Tax - JFRSN | 21.52 | 264.97 |
| PA LST - JFRSN | 2.00 | 24.00 |
| Total: | 478.47 | 5,946.82 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN 401(k) Pre-Tax | 92.57 | 1,137.58 |
| Dental-Pre Tax | 26.58 | 318.96 |
| Medical-Pre Tax | 131.04 | 1,572.48 |
| Parking | | 50.00 |
| Vision Pre-Tax | 4.08 | 48.96 |
| Total: | 254.27 | 3,127.98 |

### Post Tax Deductions  4 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN COVID-19 Heroes Program | | (500.00) |
| Life - Child | 0.58 | 6.96 |
| Life - Spouse | 0.54 | 6.48 |
| Supplemental Life and AD&D | 13.12 | 157.44 |
| Total: | 14.24 | (329.12) |

**Employer Paid Benefits**　5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 92.57 | 1,137.58 |
| Co Paid Health | 595.78 | 7,149.36 |
| Co Paid Life | 0.53 | 6.36 |
| Co Paid LTD | 3.04 | 36.48 |
| Co Paid STD | 1.38 | 16.56 |
| Total: | 693.30 | 8,346.34 |

**Taxable Wages**　3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,152.79 | 26,452.27 |
| Medicare - Taxable Wages | 2,152.79 | 26,452.27 |
| Federal Withholding - Taxable Wages | 2,060.22 | 25,314.69 |

**Withholding**　3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**　2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,092.14 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,567.14 | |



Payslip - Workday

 

Q  Search

## Jason Edwards: 06/20/2020 (Regular) - Complete  Actions

| Previous Payslip | Next Payslip | Return to My Payslips |
|---|---|---|

| Print Payslip Image | Print Multiple Payslips |
|---|---|

### Company Information  1 item

| Name | Address |
|---|---|
| Jefferson Regional Medical Center | 576 Coal Valley Rd
Jefferson Hills, PA 15025
United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jason Edwards | 3006968 | 06/07/2020 | 06/20/2020 | 06/26/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.80 | 2,239.52 | 261.29 | 14.24 | 1,513.02 |
| YTD | 1,017.60 | 30,677.75 | 3,389.27 | (314.88) | 21,205.57 |

## Earnings  8 items

| Description | Dates |
| --- | --- |
| GTL Imputed Income | 06/07/2020 - 06/20/2 |
| Holiday Full Time | |
| On Call | |
| OT Straight (1x) | 06/07/2020 - 06/20/2 |
| OT- FLSA Premium (½) | 06/07/2020 - 06/20/2 |
| PTO Scheduled - Time Off | |
| Regular Pay | 06/07/2020 - 06/20/2 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount |
| --- | --- |
| OASDI | 128.23 |
| Medicare | 29.99 |
| Federal Withholding | 204.83 |
| State Tax - PA | 63.79 |
| SUI-Employee Paid - PA | 1.35 |
| City Tax - JFRSN | 20.78 |
| PA LST - JFRSN | 2.00 |
| **Total:** | **450.97** |

## Pre Tax Deductions  5 items

| Description | Amount |
| --- | --- |
| AHN 401(k) Pre Tax | 89.59 |
| Dental-Pre Tax | 26.58 |
| Medical-Pre Tax | 131.04 |
| Parking | 10.00 |
| Vision Pre-Tax | 4.08 |
| **Total:** | **261.29** |

## Post Tax Deductions  4 items

| Description | Amount |
| --- | --- |
| AHN COVID 19 Heroes Program | |
| Life - Child | 0.58 |
| Life - Spouse | 0.54 |
| Supplemental Life and AD&D | 13.12 |
| **Total:** | **14.24** |

## Employer Paid Benefits  5 items

| Description | Amount | |
| --- | --- | --- |
| 401kAHN-MatchPre | 89.59 | 1,2 |
| Co Paid Health | 595.78 | 7, |
| Co Paid Life | 0.53 | |
| Co Paid LTD | 3.04 | |
| Co Paid STD | 1.38 | |
| **Total:** | **690.32** | **9,0** |

## Taxable Wages  3 items

| Description | Amount | YT |
| --- | --- | --- |
| OASDI - Taxable Wages | 2,068.19 | 28,520.4 |
| Medicare - Taxable Wages | 2,068.19 | 28,520.4 |
| Federal Withholding - Taxable Wages | 1,978.60 | 27,293.2 |

Payslip - Workday

## Withholding   3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

## Payment Information   2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Gro Curren |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,038.02 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |

 

W    Q Search

# Payslip [Guide Me]

### Jason Edwards: 07/04/2020 (Regular) - Complete   Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image | Print Multiple Payslips |

## Company Information  1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

## Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 06/21/2020 | 07/04/2020 | 07/10/2020 | |

## Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 77.80 | 2,471.88 | 260.58 | 14.24 | 1,666.70 |
| YTD | 1,095.40 | 33,149.63 | 3,649.86 | (300.64) | 22,872.27 |

## Earnings  8 items

| Description | Dates | Hours | Rate |
|-------------|-------|-------|------|
| GTL Imputed Income | 06/21/2020 - 07/04/2020 | 0.00 | 0.00 |
| Holiday Full Time | 06/21/2020 - 07/04/2020 | 8.00 | 27.58 |
| On Call | 06/28/2020 - 07/04/2020 | 20.00 | 3.00 |
| OT Straight (1x) | 06/21/2020 - 06/27/2020 | 3.30 | 27.58 |
| OT-FLSA Premium (½) | 06/21/2020 - 06/27/2020 | 3.30 | 13.79 |
| PTO Scheduled - Time Off | | | |
| Regular Pay | 06/21/2020 - 07/04/2020 | 74.50 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Total |

## Employee Taxes  7 items  ⓘ

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 143.25 | 1,911.52 |
| Medicare | 33.50 | 447.05 |
| Federal Withholding | 256.11 | 3,264.65 |
| State Tax - PA | 70.92 | 948.19 |
| SUI-Employee Paid - PA | 1.48 | 19.89 |
| City Tax - JFRSN | 23.10 | 308.85 |
| PA LST - JFRSN | 2.00 | 28.00 |
| Total: | 530.36 | 6,928.15 |

## Pre Tax Deductions  5 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN 401(k) Pre-Tax | 98.88 | 1,326.05 |
| Dental-Pre Tax | 26.58 | 372.12 |
| Medical-Pre Tax | 131.04 | 1,834.56 |
| Parking | | 60.00 |
| Vision Pre-Tax | 4.08 | 57.12 |
| Total: | 260.58 | 3,649.85 |

## Post Tax Deductions  4 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN COVID-19 Heroes Program | | (500.00) |
| Life - Child | 0.58 | 8.12 |
| Life - Spouse | 0.54 | 7.56 |
| Supplemental Life and AD&D | 13.12 | 183.68 |
| Total: | 14.24 | (300.64) |

**Employer Paid Benefits** 5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 98.88 | 1,326.05 |
| Co Paid Health | 595.78 | 8,340.92 |
| Co Paid Life | 0.53 | 7.42 |
| Co Paid LTD | 3.04 | 42.56 |
| Co Paid STD | 1.38 | 19.32 |
| Total: | 699.61 | 9,736.27 |

**Taxable Wages** 3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,310.55 | 30,831.01 |
| Medicare - Taxable Wages | 2,310.55 | 30,831.01 |
| Federal Withholding - Taxable Wages | 2,211.67 | 29,504.96 |

**Withholding** 3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information** 2 items

| Bank | Account Name | Account Number | Amount In Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,191.70 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,666.70 | |

  

Q Search

## Payslip  [ Guide Me ]

### Jason Edwards: 07/18/2020 (Regular) - Complete   Actions

[ Previous Payslip ]    [ Return to My Payslips ]    [ Print Payslip Image ]    [ Print Multiple Payslips ]

### Company Information  1 item

| Name | Address |
|---|---|
| Jefferson Regional Medical Center | 576 Coal Valley Rd
Jefferson Hills, PA 15025
United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jason Edwards | 3006968 | 07/05/2020 | 07/18/2020 | 07/24/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 72.80 | 2,235.37 | 261.12 | 14.24 | 1,510.42 |
| YTD | 1,168.20 | 35,385.00 | 3,910.97 | (286.40) | 24,382.69 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
|---|---|---|---|
| GTL Imputed Income | 07/05/2020 - 07/18/2020 | 0.00 | 0.00 |
| Holiday Full Time | | | |
| On Call | | | |
| OT Straight (1x) | 07/12/2020 - 07/18/2020 | 0.50 | 27.58 |
| OT-FLSA Premium (½) | 07/12/2020 - 07/18/2020 | 0.50 | 13.79 |
| PTO Scheduled - Time Off | 07/05/2020 - 07/18/2020 | 8.00 | 27.58 |
| Regular Pay | 07/05/2020 - 07/18/2020 | 72.30 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Total |

### Employee Taxes  7 items  ⓘ

| Description | Amount | YTD |
|---|---|---|
| OASDI | 127.97 | 2,039.49 |
| Medicare | 29.93 | 476.98 |
| Federal Withholding | 203.95 | 3,468.60 |
| State Tax - PA | 63.66 | 1,011.85 |
| SUI-Employee Paid - PA | 1.34 | 21.23 |
| City Tax - JFRSN | 20.74 | 329.59 |
| PA LST - JFRSN | 2.00 | 30.00 |
| Total: | 449.59 | 7,377.74 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 89.42 | 1,415.47 |
| Dental-Pre Tax | 26.58 | 398.70 |
| Medical-Pre Tax | 131.04 | 1,965.60 |
| Parking | 10.00 | 70.00 |
| Vision Pre-Tax | 4.08 | 61.20 |
| Total: | 261.12 | 3,910.97 |

### Post Tax Deductions  4 items

| Description | Amount | YTD |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500.00) |
| Life - Child | 0.58 | 8.70 |
| Life - Spouse | 0.54 | 8.10 |
| Supplemental Life and AD&D | 13.12 | 196.80 |
| Total: | 14.24 | (286.40) |

## Employer Paid Benefits  5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 89.42 | 1,415.47 |
| Co Paid Health | 595.78 | 8,936.70 |
| Co Paid Life | 0.53 | 7.95 |
| Co Paid LTD | 3.04 | 45.60 |
| Co Paid STD | 1.38 | 20.70 |
| Total: | 690.15 | 10,426.42 |

## Taxable Wages  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,064.04 | 32,895.05 |
| Medicare - Taxable Wages | 2,064.04 | 32,895.05 |
| Federal Withholding - Taxable Wages | 1,974.62 | 31,479.58 |

## Withholding  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |



## Payment Information  2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,035.42 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,510.42 | |

 

# Payslip

## Jason Edwards: 08/01/2020 (Regular) - Complete  Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image | Print Multiple Payslips |

### Company Information  1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd Jefferson Hills, PA 15025 United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 07/19/2020 | 08/01/2020 | 08/07/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 80.40 | 2,298.15 | 253.63 | 14.24 | 1,557.07 |
| YTD | 1,248.60 | 37,683.15 | 4,164.60 | (272.16) | 25,939.76 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
|-------------|-------|-------|------|
| GTL Imputed Income | 07/19/2020 - 08/01/2020 | 0.00 | 0.00 |
| Holiday Full Time | | | |
| On Call | 07/19/2020 - 08/01/2020 | 25.00 | 3.00 |
| OT Straight (1x) | 07/19/2020 - 08/01/2020 | 0.40 | 27.58 |
| OT-FLSA Premium (½) | 07/19/2020 - 08/01/2020 | 0.40 | 14.255 |
| PTO Scheduled - Time Off | | | |
| Regular Pay | 07/19/2020 - 08/01/2020 | 80.00 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Tota |

### Employee Taxes  7 items

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 132.49 | 2,171.98 |
| Medicare | 30.98 | 507.96 |
| Federal Withholding | 219.41 | 3,688.01 |
| State Tax - PA | 65.59 | 1,077.44 |
| SUI-Employee Paid - PA | 1.38 | 22.61 |
| City Tax - JFRSN | 21.36 | 350.95 |
| PA LST - JFRSN | 2.00 | 32.00 |
| Total: | 473.21 | 7,850.95 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN 401(k) Pre-Tax | 91.93 | 1,507.40 |
| Dental-Pre Tax | 26.58 | 425.28 |
| Medical-Pre Tax | 131.04 | 2,096.64 |
| Parking | | 70.00 |
| Vision Pre-Tax | 4.08 | 65.28 |
| Total: | 253.63 | 4,164.60 |

### Post Tax Deductions  4 items

| Description | Amount | YTD |
|-------------|--------|-----|
| AHN COVID-19 Heroes Program | | (500.00) |
| Life - Child | 0.58 | 9.28 |
| Life - Spouse | 0.54 | 8.64 |
| Supplemental Life and AD&D | 13.12 | 209.92 |
| Total: | 14.24 | (272.16) |

**Employer Paid Benefits**  5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 91.93 | 1,507.40 |
| Co Paid Health | 595.78 | 9,532.48 |
| Co Paid Life | 0.53 | 8.48 |
| Co Paid LTD | 3.04 | 48.64 |
| Co Paid STD | 1.38 | 22.08 |
| Total: | 692.66 | 11,119.08 |

**Taxable Wages**  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,136.82 | 35,031.87 |
| Medicare - Taxable Wages | 2,136.82 | 35,031.87 |
| Federal Withholding - Taxable Wages | 2,044.89 | 33,524.47 |

**Withholding**  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |



**Payment Information**  2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,082.07 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,557.07 | |

Ⓦ   🔍 Search       🔔   🗃   ⊙

# Payslip

## Jason Edwards: 08/15/2020 (Regular) - Complete  <small>Actions</small>

| Previous Payslip | Return to My Payslips | Print Payslip Image | Print Multiple Payslips |
| --- | --- | --- | --- |

### Company Information  1 item

| Name | Address |
| --- | --- |
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- | --- |
| Jason Edwards | 3006968 | 08/02/2020 | 08/15/2020 | 08/21/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 81.10 | 2,251.92 | 261.78 | 14.24 | 1,520.87 |
| YTD | 1,329.70 | 39,935.07 | 4,426.38 | (257.92) | 27,460.63 |

### Earnings  8 items

| Description | Dates | Hours | Rate |
| --- | --- | --- | --- |
| GTL Imputed Income | 08/02/2020 - 08/15/2020 | 0.00 | 0.00 |
| Holiday Full Time | | | |
| On Call | | | |
| OT Straight (1x) | 08/02/2020 - 08/15/2020 | 1.10 | 27.58 |
| OT-FLSA Premium (½) | 08/02/2020 - 08/15/2020 | 1.10 | 13.79 |
| PTO Scheduled - Time Off | | | |
| Regular Pay | 08/02/2020 - 08/15/2020 | 80.00 | 27.58 |
| Weekday Shift Pay | | | |
| | | | Total |

### Employee Taxes  7 items

| Description | Amount | YTD |
| --- | --- | --- |
| OASDI | 128.99 | 2,300.97 |
| Medicare | 30.17 | 538.13 |
| Federal Withholding | 207.45 | 3,895.46 |
| State Tax - PA | 64.17 | 1,141.61 |
| SUI-Employee Paid - PA | 1.35 | 23.96 |
| City Tax - JFRSN | 20.90 | 371.85 |
| PA LST - JFRSN | 2.00 | 34.00 |
| Total: | 455.03 | 8,305.98 |

### Pre Tax Deductions  5 items

| Description | Amount | YTD |
| --- | --- | --- |
| AHN 401(k) Pre-Tax | 90.08 | 1,597.48 |
| Dental-Pre Tax | 26.58 | 451.86 |
| Medical-Pre Tax | 131.04 | 2,227.68 |
| Parking | 10.00 | 80.00 |
| Vision Pre-Tax | 4.08 | 69.36 |
| Total: | 261.78 | 4,426.38 |

### Post Tax Deductions  4 items

| Description | Amount | YTD |
| --- | --- | --- |
| AHN COVID-19 Heroes Program | | (500.00) |
| Life - Child | 0.58 | 9.86 |
| Life - Spouse | 0.54 | 9.18 |
| Supplemental Life and AD&D | 13.12 | 223.04 |
| Total: | 14.24 | (257.92) |

**Employer Paid Benefits**  5 items

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 90.08 | 1,597.48 |
| Co Paid Health | 595.78 | 10,128.26 |
| Co Paid Life | 0.53 | 9.01 |
| Co Paid LTD | 3.04 | 51.68 |
| Co Paid STD | 1.38 | 23.46 |
| **Total:** | 690.81 | 11,809.89 |

**Taxable Wages**  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,080.59 | 37,112.46 |
| Medicare - Taxable Wages | 2,080.59 | 37,112.46 |
| Federal Withholding - Taxable Wages | 1,990.51 | 35,514.98 |

**Withholding**  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**  2 items

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,045.87 | USD |
| north districts community credit union | ndccu | ******3438 | 475.00 | USD |
| | | Total: | 1,520.87 | |



Search

  

# Payslip

## Jason Edwards: 08/29/2020 (Regular) - Complete   Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image |
| --- | --- | --- |

| Print Multiple Payslips |
| --- |

### Company Information  1 item

| Name | Address |
| --- | --- |
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- | --- |
| Jason Edwards | 3006968 | 08/16/2020 | 08/29/2020 | 09/04/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 40.90 | 2,319.47 | 254.48 | 14.24 | 1,570.52 |
| YTD | 1,370.60 | 42,254.54 | 4,680.86 | (243.68) | 29,031.15 |

## Earnings  8 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 08/16/2020 - 08/29/2 |
| Holiday Full Time | |
| On Call | 08/23/2020 - 08/29/2 |
| OT Straight (1x) | 08/23/2020 - 08/29/2 |
| OT- FLSA Premium (½) | 08/23/2020 - 08/29/2 |
| PTO Scheduled - Time Off | 08/16/2020 - 08/29/2 |
| Regular Pay | 08/23/2020 - 08/29/2 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount |
|---|---|
| OASDI | 133.81 |
| Medicare | 31.29 |
| Federal Withholding | 223.92 |
| State Tax - PA | 66.24 |
| SUI-Employee Paid - PA | 1.39 |
| City Tax - JFRSN | 21.58 |
| PA LST - JFRSN | 2.00 |
| **Total:** | **480.23** |

## Pre Tax Deductions  5 items

| Description | Amount |
|---|---|
| AHN 401(k) Pre-Tax | 92.78 |
| Dental-Pre Tax | 26.58 |
| Medical-Pre Tax | 131.04 |
| Parking | |
| Vision Pre-Tax | 4.08 |
| **Total:** | **254.48** |

## Post Tax Deductions  4 items

| Description | Amount |
|---|---|
| AHN COVID-19 Heroes Program | |
| Life - Child | 0.58 |
| Life - Spouse | 0.54 |
| Supplemental Life and AD&D | 13.12 |
| **Total:** | **14.24** |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 92.78 | |
| Co Paid Health | 595.78 | 1 |
| Co Paid Life | 0.53 | |
| Co Paid LTD | 3.04 | |
| Co Paid STD | 1.38 | |
| **Total:** | **693.51** | 1 |

## Taxable Wages  3 items

| Description | Amount | YT |
|---|---|---|
| OASDI - Taxable Wages | 2,158.14 | 39,270.6 |
| Medicare - Taxable Wages | 2,158.14 | 39,270.6 |
| Federal Withholding - Taxable Wages | 2,065.36 | 37,580.3 |

## Withholding  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

## Payment Information  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Gro Curren |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,570.52 | USD |
| | | Total: | 1,570.52 | |

Payslip - Workday

## Earnings 9 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 08/30/2020 - 09/12/2020 |
| Holiday Full Time | 08/30/2020 - 09/12/2020 |
| Holiday Worked | 08/30/2020 - 09/12/2020 |
| On Call | |
| OT Straight (1x) | |
| OT- FLSA Premium (½) | |
| PTO Scheduled - Time Off | 08/30/2020 - 09/12/2020 |
| Regular Pay | 08/30/2020 - 09/12/2020 |
| Weekday Shift Pay | |

## Employee Taxes 7 items

| Description | Amount | |
|---|---|---|
| OASDI | 130.70 | 2,5 |
| Medicare | 30.57 | 5 |
| Federal Withholding | 213.28 | 4,3 |
| State Tax - PA | 65.02 | 1,2 |
| SUI-Employee Paid - PA | 1.37 | |
| City Tax - JFRSN | 21.18 | 4 |
| PA LST - JFRSN | 2.00 | |
| Total: | 464.12 | 9,2 |

## Pre Tax Deductions 5 items

| Description | Amount | |
|---|---|---|
| AHN 401(k) Pre-Tax | 91.18 | 1,7 |
| Dental-Pre Tax | 26.58 | 5 |
| Medical-Pre Tax | 131.04 | 2,4 |
| Parking | 10.00 | |
| Vision Pre-Tax | 4.08 | |
| Total: | 262.88 | 4,9 |

## Post Tax Deductions 4 items

| Description | Amount | |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500 |
| Life - Child | 0.58 | 1 |
| Life - Spouse | 0.54 | 1 |
| Supplemental Life and AD&D | 13.12 | 24 |
| Total: | 14.24 | (228 |

## Employer Paid Benefits 5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 91.18 | 1,781 |
| Co Paid Health | 595.78 | 11,319 |
| Co Paid Life | 0.53 | 10 |
| Co Paid LTD | 3.04 | 57 |
| Co Paid STD | 1.38 | 28 |
| Total: | 691.91 | 13,195 |

## Taxable Wages 3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,108.17 | 41,378.77 |
| Medicare - Taxable Wages | 2,108.17 | 41,378.77 |
| Federal Withholding - Taxable Wages | 2,016.99 | 39,597.33 |

**Withholding**  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,538.26 | USD |
| | | Total: | 1,538.26 | |



Payslip - Workday

Search



# Payslip

## Jason Edwards: 09/12/2020 (Regular) - Complete    Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image |

| Print Multiple Payslips |

### Company Information  1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 08/30/2020 | 09/12/2020 | 09/18/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 68.40 | 2,279.50 | 262.88 | 14.24 | 1,538.26 |
| YTD | 1,439.00 | 44,534.04 | 4,943.74 | (229.44) | 30,569.41 |

    Search                                     

# Payslip
## Jason Edwards: 09/26/2020 (Regular) - Complete   Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image |
|---|---|---|

| Print Multiple Payslips |
|---|

### Company Information  1 item

| Name | Address |
|---|---|
| Jefferson Regional Medical Center | 576 Coal Valley Rd
Jefferson Hills, PA 15025
United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Jason Edwards | 3006968 | 09/13/2020 | 09/26/2020 | 10/02/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 80.20 | 2,289.68 | 253.29 | 14.24 | 1,551.72 |
| YTD | 1,519.20 | 46,823.72 | 5,197.03 | (215.20) | 32,121.13 |

Payslip - Workday

## Earnings  9 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 09/13/2020 - 09/26/2020 |
| Holiday Full Time | |
| Holiday Worked | |
| On Call | 09/20/2020 - 09/26/2020 |
| OT Straight (1x) | 09/13/2020 - 09/19/2020 |
| OT- FLSA Premium (½) | 09/13/2020 - 09/19/2020 |
| PTO Scheduled - Time Off | |
| Regular Pay | 09/13/2020 - 09/26/2020 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount | |
|---|---|---|
| OASDI | 131.96 | 2,6 |
| Medicare | 30.86 | 6 |
| Federal Withholding | 217.63 | 4,5 |
| State Tax - PA | 65.33 | 1,3 |
| SUI-Employee Paid - PA | 1.37 | |
| City Tax - JFRSN | 21.28 | 4 |
| PA LST - JFRSN | 2.00 | |
| **Total:** | **470.43** | **9,7** |

## Pre Tax Deductions  5 items

| Description | Amount | |
|---|---|---|
| AHN 401(k) Pre-Tax | 91 59 | 1,8 |
| Dental-Pre Tax | 26.58 | 5 |
| Medical-Pre Tax | 131.04 | 2,6 |
| Parking | | |
| Vision Pre-Tax | 4.08 | |
| **Total:** | **253.29** | **5,1** |

## Post Tax Deductions  4 items

| Description | Amount | |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500 |
| Life - Child | 0.58 | 1 |
| Life - Spouse | 0.54 | 1 |
| Supplemental Life and AD&D | 13.12 | 26 |
| **Total:** | **14 24** | **(215** |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 91.59 | 1,873 |
| Co Paid Health | 595.78 | 11,915 |
| Co Paid Life | 0.53 | 10 |
| Co Paid LTD | 3.04 | 60 |
| Co Paid STD | 1.38 | 27 |
| **Total:** | **692.32** | **13,887** |

## Taxable Wages  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,128.35 | 43,507.12 |
| Medicare - Taxable Wages | 2,128.35 | 43,507.12 |
| Federal Withholding - Taxable Wages | 2,036.76 | 41,634.09 |

## Withholding  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

## Payment Information  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,551.72 | USD |
| | | Total: | 1,551.72 | |



Payslip - Workday



W    Search

# Payslip

## Jason Edwards: 10/10/2020 (Regular) - Complete   Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image |

| Print Multiple Payslips |

## Company Information   1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd |
| | Jefferson Hills, PA 15025 |
| | United States of America |

## Payslip Information   I Item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 09/27/2020 | 10/10/2020 | 10/16/2020 | |

## Current and YTD Totals   2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 75.00 | 2,390.72 | 267.33 | 14.69 | 1,607.95 |
| YTD | 1,594.20 | 49,214.44 | 5,464.36 | (200.51) | 33,729.08 |

Payslip - Workday

## Earnings  9 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 09/27/2020 - 10/10/2020 |
| Holiday Full Time | |
| Holiday Worked | |
| On Call | |
| OT Straight (1x) | 10/04/2020 - 10/10/2020 |
| OT- FLSA Premium (½) | 10/04/2020 - 10/10/2020 |
| PTO Scheduled - Time Off | 09/27/2020 - 10/10/2020 |
| Regular Pay | 09/27/2020 - 10/10/2020 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount | |
|---|---|---|
| OASDI | 137.61 | 2 |
| Medicare | 32.19 | |
| Federal Withholding | 236.79 | 4 |
| State Tax - PA | 68.43 | 1 |
| SUI-Employee Paid - PA | 1.44 | |
| City Tax - JFRSN | 22.29 | |
| PA LST - JFRSN | 2.00 | |
| Total: | 500.75 | 10, |

## Pre Tax Deductions  5 items

| Description | Amount | |
|---|---|---|
| AHN 401(k) Pre-Tax | 95.63 | 1,9 |
| Dental-Pre Tax | 26.58 | 5 |
| Medical-Pre Tax | 131.04 | 2,7 |
| Parking | 10.00 | 1 |
| Vision Pre-Tax | 4.08 | |
| Total: | 267.33 | 5,4 |

## Post Tax Deductions  4 items

| Description | Amount | |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500 |
| Life - Child | 0.58 | 1 |
| Life - Spouse | 0.54 | 1 |
| Supplemental Life and AD&D | 13.57 | 27 |
| Total: | 14.69 | (200 |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 95.63 | 1,968 |
| Co Paid Health | 595.78 | 12,511 |
| Co Paid Life | 0.55 | 11 |
| Co Paid LTD | 3.17 | 63 |
| Co Paid STD | 1.38 | 28 |
| Total: | 696.51 | 14,584 |

## Taxable Wages  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,219.48 | 45,726.60 |
| Medicare - Taxable Wages | 2,219.48 | 45,726.60 |
| Federal Withholding - Taxable Wages | 2,123.85 | 43,757.94 |

Payslip - Workday

## Withholding  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

## Payment Information  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,607.95 | USD |
| | | Total: | 1,607.95 | |

    Search

Payslip - Workday



# Payslip

## Jason Edwards: 10/24/2020 (Regular) - Complete    Actions

**Previous Payslip**      **Return to My Payslips**      **Print Payslip Image**

**Print Multiple Payslips**

### Company Information   1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information   1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 10/11/2020 | 10/24/2020 | 10/30/2020 | |

### Current and YTD Totals   2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|---------------------|---------|
| Current | 82.60 | 2,459.89 | 260.10 | 14.69 | 1,658.66 |
| YTD | 1,676.80 | 51,674.33 | 5,724.46 | (185.82) | 35,387.74 |

Payslip - Workday

## Earnings  10 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 10/11/2020 - 10/24/2020 |
| Holiday Full Time | |
| Holiday Worked | |
| On Call | 10/18/2020 - 10/24/2020 |
| OT Straight (1x) | 10/11/2020 - 10/24/2020 |
| OT- FLSA Premium (½) | 10/11/2020 - 10/17/2020 |
| OT- FLSA Premium (½) | 10/18/2020 - 10/24/2020 |
| PTO Scheduled - Time Off | |
| Regular Pay | 10/11/2020 - 10/24/2020 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount | |
|---|---|---|
| OASDI | 142.52 | 2 |
| Medicare | 33.33 | |
| Federal Withholding | 253.59 | 5 |
| State Tax - PA | 70.55 | 1 |
| SUI-Employee Paid - PA | 1.47 | |
| City Tax - JFRSN | 22.98 | |
| PA LST - JFRSN | 2.00 | |
| Total: | 526.44 | 10, |

## Pre Tax Deductions  5 items

| Description | Amount | |
|---|---|---|
| AHN 401(k) Pre-Tax | 98.40 | 2,0 |
| Dental-Pre Tax | 26.58 | 5 |
| Medical-Pre Tax | 131.04 | 2,8 |
| Parking | | 1 |
| Vision Pre-Tax | 4.08 | |
| Total: | 260.10 | 5,7 |

## Post Tax Deductions  4 items

| Description | Amount | |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500 |
| Life - Child | 0.58 | 1 |
| Life - Spouse | 0.54 | 1 |
| Supplemental Life and AD&D | 13.57 | 28 |
| Total: | 14.69 | (185 |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 98.40 | 2,067 |
| Co Paid Health | 595.78 | 13,107 |
| Co Paid Life | 0.55 | 11 |
| Co Paid LTD | 3.17 | 67 |
| Co Paid STD | 1.38 | 30 |
| Total: | 699.28 | 15,283 |

## Taxable Wages  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,298.65 | 48,025.25 |
| Medicare - Taxable Wages | 2,298.65 | 48,025.25 |
| Federal Withholding - Taxable Wages | 2,200.25 | 45,958.19 |

Payslip - Workday

**Withholding** 3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information** 1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,658.66 | USD |
| | | Totals | 1,658.66 | |

    Q    Search    

# Payslip

## Jason Edwards: 11/07/2020 (Regular) - Complete    Actions

| Previous Payslip | Return to My Payslips | Print Payslip Image |
| --- | --- | --- |

Print Multiple Payslips

### Company Information  1 item

| Name | Address |
| --- | --- |
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- | --- |
| Jason Edwards | 3006968 | 10/25/2020 | 11/07/2020 | 11/13/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 89.20 | 2,664.88 | 268.30 | 14.69 | 1,788.00 |
| YTD | 1,766.00 | 54,339.21 | 5,992.76 | (171.13) | 37,175.74 |

## Earnings  9 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 10/25/2020 - 11/07/2020 |
| Holiday Full Time | |
| Holiday Worked | |
| On Call | |
| OT Straight (1x) | 10/25/2020 - 11/07/2020 |
| OT- FLSA Premium (½) | 10/25/2020 - 11/07/2020 |
| PTO Scheduled - Time Off | |
| Regular Pay | 10/25/2020 - 11/07/2020 |
| Weekday Shift Pay | |

## Employee Taxes  7 items

| Description | Amount | |
|---|---|---|
| OASDI | 155.22 | 3 |
| Medicare | 36.30 | |
| Federal Withholding | 296.89 | 5 |
| State Tax - PA | 76.85 | 1 |
| SUI-Employee Paid - PA | 1.60 | |
| City Tax - JFRSN | 25.03 | |
| PA LST - JFRSN | 2.00 | |
| Total: | 593.89 | 11, |

## Pre Tax Deductions  5 items

| Description | Amount | |
|---|---|---|
| AHN 401(k) Pre-Tax | 106.60 | 2,1 |
| Dental-Pre Tax | 26.58 | 6 |
| Medical-Pre Tax | 131.04 | 3,0 |
| Parking | | 1 |
| Vision Pre-Tax | 4.08 | |
| Total: | 268.30 | 5,9 |

## Post Tax Deductions  4 items

| Description | Amount | |
|---|---|---|
| AHN COVID-19 Heroes Program | | (500 |
| Life - Child | 0.58 | 1 |
| Life - Spouse | 0.54 | 1 |
| Supplemental Life and AD&D | 13.57 | 30 |
| Total: | 14.69 | (171 |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 106.60 | 2,173 |
| Co Paid Health | 595.78 | 13,702 |
| Co Paid Life | 0.55 | 12 |
| Co Paid LTD | 3.17 | 70 |
| Co Paid STD | 1.38 | 31 |
| Total: | 707.48 | 15,990 |

## Taxable Wages  3 items

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,503.64 | 50,528.89 |
| Medicare - Taxable Wages | 2,503.64 | 50,528.89 |
| Federal Withholding - Taxable Wages | 2,397.04 | 48,355.23 |

**Withholding**  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

**Payment Information**  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,788.00 | USD |
| | | Total: | 1,788.00 | |





Search

Jason Edwards: 11/21/2020 (Regular) - Complete    Actions

**Previous Payslip**          **Return to My Payslips**          **Print Payslip Image**

**Print Multiple Payslips**

## Company Information  1 item

| Name | Address |
|------|---------|
| Jefferson Regional Medical Center | 576 Coal Valley Rd<br>Jefferson Hills, PA 15025<br>United States of America |

## Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Jason Edwards | 3006968 | 11/08/2020 | 11/21/2020 | 11/27/2020 | |

## Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|--------------------|---------|
| Current | 82.00 | 2,434.32 | 269.08 | 14.69 | 1,635.48 |
| YTD | 1,848.00 | 56,773.53 | 6,261.84 | (156.44) | 38,811.22 |

## Earnings   10 items

| Description | Dates |
|---|---|
| GTL Imputed Income | 11/08/2020 - 11/21/2 |
| Holiday Full Time | |
| Holiday Worked | |
| On Call | 11/15/2020 - 11/21/2 |
| OT Straight (1x) | 11/08/2020 - 11/21/2 |
| OT- FLSA Premium (½) | 11/08/2020 - 11/14/2 |
| OT- FLSA Premium (½) | 11/15/2020 - 11/21/2 |
| PTO Scheduled - Time Off | |
| Regular Pay | 11/08/2020 - 11/21/2 |
| Weekday Shift Pay | |

## Employee Taxes   7 items

| Description | Amount |
|---|---|
| OASDI | 140.31 |
| Medicare | 32.81 |
| Federal Withholding | 245.99 |
| State Tax - PA | 69.77 |
| SUI-Employee Paid - PA | 1.46 |
| City Tax - JFRSN | 22.73 |
| PA LST - JFRSN | 2.00 |
| Total: | 515.07 |

## Pre Tax Deductions   5 items

| Description | Amount |
|---|---|
| AHN 401(k) Pre-Tax | 97.38 |
| Dental-Pre Tax | 26.58 |
| Medical-Pre Tax | 131.04 |
| Parking | 10.00 |
| Vision Pre-Tax | 4.08 |
| Total: | 269.08 |

## Post Tax Deductions   4 items

| Description | Amount |
|---|---|
| AHN COVID-19 Heroes Program | |
| Life - Child | 0.58 |
| Life - Spouse | 0.54 |
| Supplemental Life and AD&D | 13.57 |
| Total: | 14.69 |

## Employer Paid Benefits  5 items

| Description | Amount | |
|---|---|---|
| 401kAHN-MatchPre | 97.38 | |
| Co Paid Health | 595.78 | |
| Co Paid Life | 0.55 | |
| Co Paid LTD | 3.17 | |
| Co Paid STD | 1.38 | |
| **Total:** | 698.26 | 1€ |

## Taxable Wages  3 items

| Description | Amount | YT |
|---|---|---|
| OASDI - Taxable Wages | 2,263.08 | 52,791.9 |
| Medicare - Taxable Wages | 2,263.08 | 52,791.9 |
| Federal Withholding - Taxable Wages | 2,165.70 | 50,520.9 |

## Withholding  3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

## Payment Information  1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Gro Currenc |
|---|---|---|---|---|
| First Commonwealth Bank | First Commonwealth Bank ******6607 | ******6607 | 1,635.48 | USD |
| | | Total: | 1,635.48 | |