# Historical Commissions

*Carrie's Income*

Commissions (/commissions)

Historical Commissions (/commissions/historicalcommissions)

Rank Advancement (/rank)

Volumes (/volumes)

| Date | Type | Amount | Details |
|---|---|---|---|
| January 2021 | Weekly Rebates | $24.00 | View Details |
| | 2021 Total | $24.00 | |
| December 2020 | Weekly Rebates | $9.00 | View Details |
| November 2020 | Weekly Rebates | $29.25 | View Details |
| October 2020 | Monthly Comissions | $9.80 | View Details |
| October 2020 | Weekly Rebates | $113.99 | View Details |
| September 2020 | Monthly Comissions | $163.55 | View Details |
| September 2020 | Weekly Rebates | $480.79 | View Details |
| August 2020 | Monthly Comissions | $156.52 | View Details |
| August 2020 | Weekly Rebates | $536.06 | View Details |
| July 2020 | Weekly Rebates | $96.35 | View Details |
| June 2020 | Weekly Rebates | $105.00 | View Details |
| 2020 | Monthly Comissions | $22.57 | View Details |

| Date | Type | Amount | Details |
|---|---|---|---|
| May 2020 | Weekly Rebates | $179.08 | View Details |
| April 2020 | Weekly Rebates | $79.71 | View Details |
| March 2020 | Weekly Rebates | $152.69 | View Details |
| February 2020 | Weekly Rebates | $30.50 | View Details |
| January 2020 | Weekly Rebates | $76.75 | View Details |
| | 2020 Total | $2,241.61 | |
| December 2019 | Weekly Rebates | $98.00 | View Details |
| November 2019 | Weekly Rebates | $112.25 | View Details |
| October 2019 | Monthly Comissions | $18.15 | View Details |
| October 2019 | Weekly Rebates | $151.25 | View Details |
| | 2019 Total | $379.65 | |