**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason D. Edwards**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6562<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Carrie A. Edwards**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1601<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13  1/11/21 |
| Case number: | 21–20055–CMB | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason D. Edwards | Carrie A. Edwards |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1735 Highland Ave<br>West Mifflin, PA 15122 | 1735 Highland Ave<br>West Mifflin, PA 15122 |
| 4. | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors, LLC<br>d/b/a Herron Business Law<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232 | Contact phone 412–395–6001<br><br>Email: mmh@thedebtdoctors.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/9/21 |

**For more information, see page 2**

Debtor **Jason D. Edwards** and **Carrie A. Edwards**                                                                                          Case number **21–20055–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 8, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/7/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/22/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/10/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/8/21** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason D. Edwards  
Carrie A. Edwards  
    Debtors

Case No. 21-20055-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: 309I | Total Noticed: 49 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15337011 | + | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328706 | + | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337024 | | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15336853 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330691 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328712 | + | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15328720 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337039 | | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mmh@thedebtdoctors.com | Feb 10 2021 02:48:00 | Matthew M. Herron, The Debt Doctors, LLC, d/b/a Herron Business Law, 607 College Street, Suite 101, Pittsburgh, PA 15232 |
| smg | EDI: PENNDEPTREV | Feb 10 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2021 02:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 10 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2021 02:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 10 2021 02:49:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Feb 10 2021 02:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 21-20055-CMB   Doc 26   Filed 02/11/21   Entered 02/12/21 00:42:14   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: bsil | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 09, 2021 | Form ID: 309I | Total Noticed: 49 |

| | | | | |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Feb 10 2021 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15330888 | + | EDI: AISACG.COM | Feb 10 2021 04:23:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328697 | + | EDI: GMACFS.COM | Feb 10 2021 04:23:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15328698 | + | EDI: CITICORP.COM | Feb 10 2021 04:23:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | | EDI: CAPITALONE.COM | Feb 10 2021 04:23:00 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15328701 | | EDI: CAPITALONE.COM | Feb 10 2021 04:23:00 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | | EDI: CAPITALONE.COM | Feb 10 2021 04:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15328700 | | EDI: CAPITALONE.COM | Feb 10 2021 04:23:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337016 | + | EDI: CITICORP.COM | Feb 10 2021 04:23:00 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0493 |
| 15328702 | + | EDI: WFNNB.COM | Feb 10 2021 04:23:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + | EDI: WFNNB.COM | Feb 10 2021 04:23:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | | EDI: DISCOVER.COM | Feb 10 2021 04:23:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | | EDI: DISCOVER.COM | Feb 10 2021 04:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15328705 | + | EDI: BLUESTEM | Feb 10 2021 04:23:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328707 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 10 2021 02:48:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15328708 | + | EDI: RMSC.COM | Feb 10 2021 04:23:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15330802 | | EDI: NAVIENTFKASMSERV.COM | Feb 10 2021 04:23:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15328710 | + | EDI: NAVIENTFKASMSERV.COM | Feb 10 2021 04:23:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | | EDI: NAVIENTFKASMSERV.COM | Feb 10 2021 04:23:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337029 | + | Email/Text: paul@ndcupa.org | Feb 10 2021 02:48:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15328714 | | EDI: RMSC.COM | Feb 10 2021 04:23:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15328715 | | EDI: RMSC.COM | Feb 10 2021 04:23:00 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15328716 | + | EDI: RMSC.COM | Feb 10 2021 04:23:00 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15328718 | + | EDI: RMSC.COM | Feb 10 2021 04:23:00 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |

| | | | | |
|---|---|---|---|---|
| 15328717 | | EDI: RMSC.COM | | |
| | | | Feb 10 2021 04:23:00 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328713 | | EDI: RMSC.COM | | |
| | | | Feb 10 2021 04:23:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15329093 | + | EDI: RMSC.COM | | |
| | | | Feb 10 2021 04:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328719 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 10 2021 02:54:46 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15328722 | + | EDI: CITICORP.COM | | |
| | | | Feb 10 2021 04:23:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 4 of 4 |
| Date Rcvd: Feb 09, 2021 | Form ID: 309I | Total Noticed: 49 |

Date: Feb 11, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
                    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Matthew M. Herron
                    on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                    on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6