# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jason D. Edwards and | ) | Case No. 21-20055-CMB |
| Carrie A. Edwards, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | |
| Carrie A. Edwards, | ) | Doc. No. |
|     Movants, | ) | |
| | ) | Response Deadline: March 22, 2021 |
| v. | ) | Hearing Date & Time: March 30, 2021 |
| | ) | at 1:30 PM |
| No Respondents. | ) | |

## CERTIFICATE OF NO OBJECTION TO THE DEBTOR'S
## APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Application for Order of Employment of Special Counsel has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than March 22, 2021.

It is hereby respectfully requested that the Order attached to the Application for Order of Employment of Special Counsel be entered by the Court.

Date:   March 23, 2021

    /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927

THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com
ATTORNEY FOR THE DEBTORS

{W0563809.1 }