## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason D. Edwards and | ) | Bankruptcy No.: 21-20055-CMB |
| Carrie A. Edwards, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | Document No.: |
| Carrie A. Edwards, | ) | |
|     Movant, | ) | Response Deadline: |
| | ) | Hearing Date/Time: |
|   v. | ) | |
| | ) | |
| No Respondents. | ) | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 24th day of March 2021

I served a copy of: **ORDER GRANTING APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

RE:    Jason D. Edwards    Case No.: 21-20055-CMB
          Carrie A. Edwards    Chapter 13

ON:    N. Leah Fink, Esq.
          The Law Offices of N. Leah Fink
          4411 Stilley Road
          Pittsburgh, PA 15227
          *nleahfink@verizon.net

Ronda J. Winnecour    US Trustee
Suite 3250, USX Tower    970 Liberty Center
600 Grant Street    1001 Liberty Avenue
Pittsburgh, PA 15219    Pittsburgh, PA 15222
*cmecf@chapter13trusteewdpa.com    *ustpregion03.pi.ecf@usdoj.gov

BY:    *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:    March 24, 2021    /s/ *Matthew M. Herron*_____
                                             Matthew M. Herron, Esq.
                                             The Debt Doctors, LLC
                                             607 College Street, Suite 101
                                             Pittsburgh, PA 15232
                                             (412) 395-6001