Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason D. Edwards
Carrie A. Edwards**
    Debtor(s)

Bankruptcy Case No.: 21−20055−CMB

Chapter: 13
Docket No.: 41 − 20, 32
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 8, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: M&T Bank (Cl #24) .

☒ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the modified plan interest in a monthly amount to be determined by Trustee to pay in full: North District Community FCU (Cl #15).

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*/s/ Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: July 30, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 4 |
| Date Rcvd: Jul 30, 2021 | Form ID: 149 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| cr | + | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| sp | + | Leah Fink, 4411 Stilley Rd, Pittsburgh, PA 15227-1368 |
| 15337011 | + | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15393887 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15328706 | + | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337024 | | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15330691 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328712 | + | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15328720 | | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337039 | | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 30 2021 23:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2021 23:06:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15330888 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 30 2021 23:05:41 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328697 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:03:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15328698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:05:43 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:06:01 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15328701 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:40 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15328700 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:40 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |

Case 21-20055-CMB    Doc 43    Filed 08/01/21    Entered 08/02/21 00:31:36    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: gamr | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 149 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15350355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:05:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15337016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:05:54 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0493 |
| 15328702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:03:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 23:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15341755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 23:06:01 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15328705 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 30 2021 23:03:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328707 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 23:03:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15342682 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2021 23:05:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328708 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:39 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15351595 | | Email/Text: camanagement@mtb.com | Jul 30 2021 23:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15336853 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2021 23:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330802 | | Email/PDF: pa_dc_claims@navient.com | Jul 30 2021 23:22:05 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15328710 | + | Email/PDF: pa_dc_claims@navient.com | Jul 30 2021 23:22:05 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | | Email/PDF: pa_dc_claims@navient.com | Jul 30 2021 23:22:08 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337029 | + | Email/Text: paul@ndcupa.org | Jul 30 2021 23:03:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15339930 | + | Email/Text: BKRMailOps@weltman.com | Jul 30 2021 23:03:00 | North Districts Community Credit Union, c/o Weltman Weinberg and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15346931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:06:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15349599 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15349600 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15328714 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:50 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15328715 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:39 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15328716 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | Jul 30 2021 23:05:39 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15328718 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 30 2021 23:05:50 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328717 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 30 2021 23:05:50 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328713 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 30 2021 23:05:39 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15344731 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 30 2021 23:05:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15329093 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 30 2021 23:05:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328719 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 30 2021 23:05:40 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15328722 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 30 2021 23:05:43 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Herron | on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6