# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                                      Case No. 21-20055-CMB

**Jason D. Edwards and**
**Carrie A. Edwards**                                        Chapter 13

            **Debtors.**

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ❑    a motion to dismiss case or certificate of default requesting dismissal

    ❑    a plan modification sought by:   The Debtors to implement notice(s) of mortgage payment change.

    ❑    a motion to lift stay as to creditor _____

    ❑    other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒ Chapter 13 Plan dated <u>February 8, 2021</u>
    ❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒    Debtors' plan payments shall be changed from $<u>1,486.00</u> to $<u>1,556.00</u> per month, effective <u>December 1, 2022</u>; and/or the plan term shall be changed from ___ months to ___ months.

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: <u>M&T (claim no. 24) to govern, following all Notices of Mortgage Payment Changes filed to date, including the one filed on November 1, 2022. In accordance with the most recent payment change, the Creditor will begin receiving monthly payments totaling $744.71 effective December 1, 2022.</u>_____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 18th day of November, 2022

Dated: November 18, 2022

_____
United States Bankruptcy Judge   dmr

Stipulated by:                                      Stipulated by:

/s/*Matthew M. Herron*                              /s/*James Warmbrodt*
Counsel to Debtor                                   Counsel to Chapter 13 Trustee


Stipulated by:                                      FILED
                                                    11/18/22 2:45 pm
                                                    CLERK
_____                   U.S. BANKRUPTCY
Counsel to affected creditor                        COURT - WDPA


cc:   All Parties in Interest to be served by Clerk

{W0575021.1}                    [04/22]    -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason D. Edwards  
Carrie A. Edwards  
    Debtors

Case No. 21-20055-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Nov 18, 2022     Form ID: pdf900     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | Leah Fink, 4411 Stilley Rd, Pittsburgh, PA 15227-1368 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328712 | + | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337039 | | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2022 00:01:07 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 18 2022 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 23:53:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:00:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 19 2022 00:00:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15337011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2022 00:00:53 | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15330888 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2022 00:00:53 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328697 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2022 23:53:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15328698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:00:54 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:00:39 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15328701 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:01:06 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:01:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 21-20055-CMB    Doc 56    Filed 11/20/22    Entered 11/21/22 00:25:51    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 57 |

| Recipient # | | Notice method | Date/Time | Address |
|---|---|---|---|---|
| 15328700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:00:39 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15350355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:01:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15337016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:00:42 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15328702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 23:53:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 23:53:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 23:53:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15393887 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 23:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15341755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2022 00:00:39 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15328705 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 18 2022 23:54:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328706 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 18 2022 23:53:00 | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15328707 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2022 23:53:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15342682 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2022 00:00:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328708 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:01:06 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15351595 | | Email/Text: camanagement@mtb.com | Nov 18 2022 23:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15337024 | | Email/Text: camanagement@mtb.com | Nov 18 2022 23:53:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15336853 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330802 | | Email/PDF: pa_dc_claims@navient.com | Nov 19 2022 00:00:53 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15328710 | + | Email/PDF: pa_dc_claims@navient.com | Nov 19 2022 00:01:07 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | | Email/PDF: pa_dc_claims@navient.com | Nov 19 2022 00:00:39 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15330691 | + | Email/Text: bncnotifications@pheaa.org | Nov 18 2022 23:53:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15337029 | + | Email/Text: paul@ndcupa.org | Nov 18 2022 23:53:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15339930 | + | Email/Text: BKRMailOps@weltman.com | Nov 18 2022 23:54:00 | North Districts Community Credit Union, c/o Weltman Weinberg and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15509071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:00:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15346931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:01:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15349599 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15349600 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15328714 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:38 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15328715 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:52 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15328716 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:39 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15328718 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:52 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328717 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:38 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328713 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:38 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15344731 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:00:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15329093 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:01:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15328719 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2022 00:00:53 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15328720 | | Email/Text: bncmail@w-legal.com | Nov 18 2022 23:53:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15328722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:01:08 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |

| | | |
|---|---|---|
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Herron | on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7