IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jason D. Edwards and | ) | Case No. 21-20055-CMB |
| Carrie A. Edwards, | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | |
| Jason D. Edwards, | ) | Doc. No. WO-1 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jefferson Regional Medical Center, | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 6th day of December 2022

I served a copy of:    **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:    Jason D. Edwards                             Case No.: 21-20055-CMB
                                                                        Chapter 13

ON:    Jefferson Regional Medical Center
           ATTN: Payroll
           HR Services
           120 Fifth Ave.
           Suite FAPHM-043A
           Pittsburgh, PA 15222
           Facsimile: 877.603.6094

BY:    Regular first-class US mail and facsimile

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  December 6, 2022                          /s/ *Heather Seitz*_____
                                                                    Heather Seitz, Paralegal
                                                                    The Debt Doctors, LLC
                                                                    607 College Street, Suite 101
                                                                    Pittsburgh, PA 15232
                                                                    (412) 395-6001
                                                                    hgs@thedebtdoctors.com

{W0575345.1 }