**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No.: 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
|     Debtors. | Document No.: |
| | |
| The Debt Doctors, LLC, | Response Deadline: February 14, 2023 |
|     Movant, | Hearing Date & Time: February 23, 2023 at 1:30 PM |
|   vs. | |
| | |
| No Respondent. | |

**CERTIFICATE OF NO OBJECTION TO THE**
**SECOND APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Second Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Second Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Second Application for Compensation were to be filed and served no later than February 14, 2023.

It is hereby respectfully requested that the Order attached to the Second Application for Compensation be entered by the Court.

Date:  February 15, 2023

                                                                                         /s/ Matthew M. Herron
                                                                                         Matthew M. Herron, Esquire
                                                                                         PA ID No. 88927
                                                                                         The Debt Doctors, LLC
                                                                                          607 College Street, Suite 101
                                                                                          Pittsburgh, PA 15232
                                                                                          412-395-6001
                                                                                          mmh@thedebtdoctors.com

                                                                                         ATTORNEY FOR THE DEBTORS