## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| | Bankruptcy No.: 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
| Debtors. | Document No.: 64 |

The Debt Doctors, LLC,
    Movant,
 vs.

No Respondent.

FILED
2/16/23 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __16th__ day of _____February_____, 2023, the Second Application of The Debt Doctors, LLC as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the additional amount of $1,102.20 for services rendered on behalf of the Debtors for the period between February 7, 2022 through January 26, 2023, which represents $1,073.50 in attorneys' fees and $26.70 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee and $1,055.53 through a previous Application for Interim Compensation. Accordingly, the Chapter 13 Trustee shall only pay an additional $1,102.20 ($1,073.50 in attorneys' fees and $26.70 in costs) to Counsel through the Debtor's Plan.

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge **dmr**

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 21-20055-CMB

Jason D. Edwards                                                                                    Chapter 13

Carrie A. Edwards

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

**Recip ID                          Recipient Name and Address**
db/jdb                         +  Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

**Name                                Email Address**

Brian Nicholas
                              on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Matthew M. Herron
                              on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                              on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                              on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee

District/off: 0315-2                           User: auto                                   Page 2 of 2
Date Rcvd: Feb 16, 2023                        Form ID: pdf900                          Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7