**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

IN RE:                                                                          CASE NO. 21-20055-CMB

Jason D. Edwards
and Carrie A. Edwards                                                  CHAPTER 13

                Debtors.

## NOTICE OF APPEARANCE

Please take notice that Orlans PC has been retained as Attorney for Movant, Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                                          Respectfully submitted,

Dated:  April 24, 2024                                       Orlans PC

                                          /s/ *Michael H. Kaliner*
                                          Michael H. Kaliner, Esq. PA 28747
                                          200 Eagle Road, Suite 120
                                          Wayne, PA 19087
                                          (484) 367-4191
                                          mkaliner@orlans.com

                                          Counsel for Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

IN RE:                                               CASE NO. 21-20055-CMB

Jason D. Edwards
and Carrie A. Edwards                    CHAPTER 13

                 Debtors.

## CERTIFICATE OF SERVICE

I, Daniel Eisenhauer, Attorney of Orlans PC, do hereby certify that on April 24, 2024, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Dated: April 24, 2024                          Respectfully submitted,

                                                                    Orlans PC

                                                                    /s/ Michael H. Kaliner
                                                                    Michael H. Kaliner, Esq. PA 28747
                                                                    200 Eagle Road, Suite 120
                                                                    Wayne, PA 19087
                                                                    (484) 367-4191
                                                                    mkaliner@orlans.com

                                                                    Counsel for Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.")

<u>VIA US MAIL</u>

Carrie A. Edwards
Jason D. Edwards
1735 Highland Ave
West Mifflin, PA 15122
Debtors

<u>VIA ECF</u>

Matthew M. Herron, Attorney for Debtors

Ronda J. Winnecour, Chapter 13 Trustee