**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 21-20055-CMB |
| JASON D. EDWARDS and ) | |
| CARRIE A. EDWARDS ) | CHAPTER 13 |
| ) | |
| Debtors ) | |
| ) | |
| ) | |
| ALLY BANK LEASE TRUST - ) | |
| ASSIGNOR TO VEHICLE ASSET ) | Referring to Docket No. 72 |
| UNIVERSAL LEASING TRUST (A.K.A. ) | |
| "VAULT TRUST", OR "V.A.U.L. TRUST",) | |
| OR "VAULT", OR "V.A.U.L.T.") ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| JASON D. EDWARDS ) | |
| AND CARRIE A. EDWARDS ) | |
| ) | |
| Respondents ) | |
| ) | |
| RONDA J. WINNECOUR ) | |
| Trustee ) | |

**CONSENT ORDER**

AND NOW, this _____ day of _____, 2024, regarding the Motion for Relief from the Automatic Stay filed by Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ("Creditor").

1. The Motion for Relief from Automatic Stay ("Motion") was filed on April 30, 2024 as the result of the maturation of the lease term.

1

2. The Debtors, by and through Counsel, filed a Response to the Motion on May 17, 2024, seeking a potential purchase option of the vehicle.

3. Debtors' Counsel has advised that this is not a viable option and that the Debtors intend to surrender the vehicle.

It is hereby ORDERED:

That the automatic stay is modified so as to permit the Creditor to repossess and sell the Debtors' 2019 Ram 1500 Classic Quad Cab Express 4WD 5.7L V8, (VIN 1C6RR7FT6KS731098).

Consented to by:

/s/ Matthew M. Herron
Matthew M. Herron, Eq.
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com


/s/ Michael H. Kaliner
Michael H. Kaliner, Esq. PA 28747
Orlans PC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: mkaliner@orlans.com
File Number: 24-005152

                           SO ORDERED:

                           _____

                           CARLOTA M. BÖHM,
                           United States Bankruptcy Court