UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 21-20055-CMB |
| JASON D. EDWARDS and ) | |
| CARRIE A. EDWARDS ) | CHAPTER 13 |
| ) | |
| Debtors ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| ALLY BANK LEASE TRUST - ) | |
| ASSIGNOR TO VEHICLE ASSET ) | Referring to Docket No. 72 , 77 |
| UNIVERSAL LEASING TRUST (A.K.A. ) | |
| "VAULT TRUST", OR "V.A.U.L. TRUST",) | |
| OR "VAULT", OR "V.A.U.L.T.") ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| JASON D. EDWARDS ) | |
| AND CARRIE A. EDWARDS ) | |
| ) | |
| Respondents ) | |
| ) | |
| RONDA J. WINNECOUR ) | |
| Trustee ) | |

### CONSENT ORDER

AND NOW, this __4th__ day of _____June_____, 2024, regarding the Motion for Relief from the Automatic Stay filed by Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ("Creditor").

1. The Motion for Relief from Automatic Stay ("Motion") was filed on April 30, 2024 as the result of the maturation of the lease term.

1

2. The Debtors, by and through Counsel, filed a Response to the Motion on May 17, 2024, seeking a potential purchase option of the vehicle.

3. Debtors' Counsel has advised that this is not a viable option and that the Debtors intend to surrender the vehicle.

It is hereby ORDERED:

That the automatic stay is modified so as to permit the Creditor to repossess and sell the Debtors' 2019 Ram 1500 Classic Quad Cab Express 4WD 5.7L V8, (VIN 1C6RR7FT6KS731098).

Consented to by:

/s/ Matthew M. Herron
Matthew M. Herron, Eq.
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com


/s/ Michael H. Kaliner
Michael H. Kaliner, Esq. PA 28747
Orlans PC
Attorney for Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.")
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: mkaliner@orlans.com
File Number: 24-005152

SO ORDERED:

*[signature]*

CARLOTA M. BÖHM,
United States Bankruptcy Court

**FILED**
**6/4/24 9:06 am**
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Herron | |
| | on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Michael H Kaliner | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Ally Bank Lease Trust Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") mkaliner@orlans.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 8