**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JASON D. EDWARDS<br>CARRIE A. EDWARDS<br><br>                Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>                Movant<br>      vs.<br>NORTH DISTRICTS COMMUNITY CU*<br><br>                Respondents | Case No. 21-20055CMB<br><br><br>Chapter 13<br><br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

    RECORD PLACED ON RESERVE PENDING REVIEW FOR SATISFACTION OF MORTGAGE LIEN.

| | |
|---|---|
| NORTH DISTRICTS COMMUNITY CU*<br>5321 WILLIAM FLYNN HWY<br>GIBSONIA, PA 15044 | Court claim# 15/Trustee CID# 6 |

The Movant further certifies that on 11/06/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JASON D. EDWARDS, CARRIE A. EDWARDS, 1735 HIGHLAND AVE, WEST MIFFLIN, PA  15122 | DEBTOR'S COUNSEL:<br>MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232 |
| ORIGINAL CREDITOR:<br>NORTH DISTRICTS COMMUNITY CU*, 5321 WILLIAM FLYNN HWY, GIBSONIA, PA  15044 | :<br>WELTMAN WEINBERG & REIS CO LPA**, ATTN CH 13 BANKRUPTCY NOTICES, 5990 WEST CREEK RD STE 200, INDEPENDENCE, OH  44131 |
| NEW CREDITOR: | |