UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　JASON D. EDWARDS<br>CARRIE A. EDWARDS<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　JASON D. EDWARDS<br>CARRIE A. EDWARDS<br><br>　　　Respondents | Case No.21-20055CMB<br><br><br>Chapter 13<br><br><br>Document No.__86____ |

### ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this __27th__ day of January , 2026, it is hereby ORDERED, ADJUDGED, and DECREED that,

Jefferson Regional Med Cntr
Attn: Payroll Manager
575 Coal Valley Dr
Pittsburgh,PA 15236

is hereby ordered to immediately terminate the attachment of the wages of JASON D. EDWARDS, social security number XXX-XX-6562. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON D. EDWARDS.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
1/27/26 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael H Kaliner
    on behalf of Creditor Ally Bank Lease Trust Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ANHSOrlans@InfoEx.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9