| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JASON D. EDWARDS |
| Debtor 2 (Spouse, if filing) | CARRIE A. EDWARDS |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 21-20055CMB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made        12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** NORTH DISTRICTS COMMUNITY CREDIT UNION*

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 8 L 0 1

**Property Address:** 1735 HIGHLAND AVE
Number   Street

WEST MIFFLIN     PA    15122
City                    State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.
☒ Postpetition payments are paid through the trustee.
☒ Other: PAID IN FULL

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ 19,878.34

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date: 02/02/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone (412) 471-5566    Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | EDWARDS | | Case Number 21-20055CMB | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/26/2021 | 1191815 | Interest | 151.07 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/26/2021 | 1195059 | Amounts Disbursed To Creditor | 218.25 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/26/2021 | 1195059 | Interest | 226.94 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2021 | 1198176 | Amounts Disbursed To Creditor | 216.02 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2021 | 1198176 | Interest | 74.69 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2021 | 1201364 | Amounts Disbursed To Creditor | 212.63 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2021 | 1201364 | Interest | 73.79 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/26/2021 | 1204569 | Amounts Disbursed To Creditor | 227.11 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/26/2021 | 1204569 | Interest | 72.91 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2021 | 1207698 | Amounts Disbursed To Creditor | 225.66 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2021 | 1207698 | Interest | 71.96 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/24/2021 | 1210815 | Amounts Disbursed To Creditor | 224.83 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/24/2021 | 1210815 | Interest | 71.02 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2021 | 1213885 | Amounts Disbursed To Creditor | 366.05 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2021 | 1213885 | Interest | 70.08 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/22/2021 | 1216923 | Amounts Disbursed To Creditor | 219.17 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/22/2021 | 1216923 | Interest | 68.56 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/23/2021 | 1219998 | Amounts Disbursed To Creditor | 218.94 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/23/2021 | 1219998 | Interest | 67.65 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2022 | 1223057 | Amounts Disbursed To Creditor | 219.16 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2022 | 1223057 | Interest | 66.73 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/23/2022 | 1225934 | Amounts Disbursed To Creditor | 219.58 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/23/2022 | 1225934 | Interest | 65.82 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/25/2022 | 1228895 | Amounts Disbursed To Creditor | 226.68 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/25/2022 | 1228895 | Interest | 64.91 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/26/2022 | 1231938 | Amounts Disbursed To Creditor | 381.14 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/26/2022 | 1231938 | Interest | 63.96 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2022 | 1234977 | Amounts Disbursed To Creditor | 238.90 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2022 | 1234977 | Interest | 62.37 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/27/2022 | 1238002 | Amounts Disbursed To Creditor | 243.61 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/27/2022 | 1238002 | Interest | 61.38 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/26/2022 | 1240946 | Amounts Disbursed To Creditor | 247.69 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/26/2022 | 1240946 | Interest | 60.36 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/24/2022 | 1243833 | Amounts Disbursed To Creditor | 251.25 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/24/2022 | 1243833 | Interest | 59.33 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/27/2022 | 1246705 | Amounts Disbursed To Creditor | 410.73 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/27/2022 | 1246705 | Interest | 58.28 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2022 | 1249523 | Amounts Disbursed To Creditor | 251.43 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2022 | 1249523 | Interest | 56.57 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/23/2022 | 1252311 | Amounts Disbursed To Creditor | 253.92 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/23/2022 | 1252311 | Interest | 55.53 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/22/2022 | 1255062 | Amounts Disbursed To Creditor | 254.99 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/22/2022 | 1255062 | Interest | 54.47 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2023 | 1257798 | Amounts Disbursed To Creditor | 271.27 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2023 | 1257798 | Interest | 53.40 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/23/2023 | 1260402 | Amounts Disbursed To Creditor | 272.93 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/23/2023 | 1260402 | Interest | 52.27 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/28/2023 | 1263180 | Amounts Disbursed To Creditor | 437.34 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/28/2023 | 1263180 | Interest | 51.14 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2023 | 1265992 | Amounts Disbursed To Creditor | 276.67 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2023 | 1265992 | Interest | 49.32 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2023 | 1268857 | Amounts Disbursed To Creditor | 280.54 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/25/2023 | 1268857 | Interest | 48.16 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/26/2023 | 1271760 | Amounts Disbursed To Creditor | 277.78 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/26/2023 | 1271760 | Interest | 46.99 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2023 | 1274509 | Amounts Disbursed To Creditor | 278.76 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2023 | 1274509 | Interest | 45.84 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/25/2023 | 1277284 | Amounts Disbursed To Creditor | 279.83 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/25/2023 | 1277284 | Interest | 44.67 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/26/2023 | 1280020 | Amounts Disbursed To Creditor | 280.92 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/26/2023 | 1280020 | Interest | 43.51 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2023 | 1282734 | Amounts Disbursed To Creditor | 442.87 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2023 | 1282734 | Interest | 42.34 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/27/2023 | 1285400 | Amounts Disbursed To Creditor | 281.54 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/27/2023 | 1285400 | Interest | 40.49 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/21/2023 | 1287990 | Amounts Disbursed To Creditor | 284.86 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/21/2023 | 1287990 | Interest | 39.32 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2024 | 1290672 | Amounts Disbursed To Creditor | 286.02 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/26/2024 | 1290672 | Interest | 38.13 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/26/2024 | 1293330 | Amounts Disbursed To Creditor | 469.69 |

| Debtor 1 | **EDWARDS** | | Case Number **21-20055CMB** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/26/2024 | 1293330 | Interest | 36.94 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/26/2024 | 1295980 | Amounts Disbursed To Creditor | 318.52 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/26/2024 | 1295980 | Interest | 34.98 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2024 | 1298636 | Amounts Disbursed To Creditor | 331.18 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2024 | 1298636 | Interest | 33.66 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/29/2024 | 1301352 | Amounts Disbursed To Creditor | 343.33 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/29/2024 | 1301352 | Interest | 32.28 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2024 | 1303881 | Amounts Disbursed To Creditor | 354.09 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2024 | 1303881 | Interest | 30.85 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2024 | 1306483 | Amounts Disbursed To Creditor | 363.61 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2024 | 1306483 | Interest | 29.37 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2024 | 1309053 | Amounts Disbursed To Creditor | 570.10 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2024 | 1309053 | Interest | 27.86 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/25/2024 | 1311641 | Amounts Disbursed To Creditor | 377.98 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/25/2024 | 1311641 | Interest | 25.48 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2024 | 1314171 | Amounts Disbursed To Creditor | 387.61 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/25/2024 | 1314171 | Interest | 23.91 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/25/2024 | 1316735 | Amounts Disbursed To Creditor | 393.44 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/25/2024 | 1316735 | Interest | 22.29 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/23/2024 | 1319136 | Amounts Disbursed To Creditor | 398.35 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 12/23/2024 | 1319136 | Interest | 20.65 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/28/2025 | 1321634 | Amounts Disbursed To Creditor | 611.45 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 01/28/2025 | 1321634 | Interest | 18.99 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/25/2025 | 1324068 | Amounts Disbursed To Creditor | 404.84 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 02/25/2025 | 1324068 | Interest | 16.44 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/26/2025 | 1326552 | Amounts Disbursed To Creditor | 417.58 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 03/26/2025 | 1326552 | Interest | 14.76 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2025 | 1329017 | Amounts Disbursed To Creditor | 414.15 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 04/25/2025 | 1329017 | Interest | 13.02 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/23/2025 | 1331434 | Amounts Disbursed To Creditor | 404.93 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 05/23/2025 | 1331434 | Interest | 11.29 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2025 | 1333881 | Amounts Disbursed To Creditor | 416.50 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 06/25/2025 | 1333881 | Interest | 9.60 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2025 | 1336348 | Amounts Disbursed To Creditor | 417.73 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 07/25/2025 | 1336348 | Interest | 7.87 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2025 | 1338755 | Amounts Disbursed To Creditor | 452.20 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 08/26/2025 | 1338755 | Interest | 6.13 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/25/2025 | 1341171 | Amounts Disbursed To Creditor | 338.18 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 09/25/2025 | 1341171 | Interest | 4.24 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/24/2025 | 1343645 | Amounts Disbursed To Creditor | 339.59 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 10/24/2025 | 1343645 | Interest | 2.83 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/05/2025 | 0000000 | Creditor Refund/Principle | -277.93 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/05/2025 | 0000000 | Creditor Refund/Interest | -2.83 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/07/2025 | 0000000 | Creditor Refund/Principle | -338.18 |
| 15 | NORTH DISTRICTS COMMUNITY CU* | 11/07/2025 | 0000000 | Creditor Refund/Interest | -4.24 |
| | | | | Total for Claim Number 15: | 19,878.34 |

**Total for Part 4 - a (Postpetition Payments):**     **19,878.34**

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JASON D. EDWARDS
CARRIE A. EDWARDS
1735 HIGHLAND AVE
WEST MIFFLIN, PA  15122

MATTHEW M HERRON ESQ
THE DEBT DOCTORS LLC
607 COLLEGE ST STE 101
PITTSBURGH, PA  15232

WELTMAN WEINBERG & REIS CO LPA**
ATTN CH 13 BANKRUPTCY NOTICES
5990 WEST CREEK RD STE 200
INDEPENDENCE, OH  44131

NORTH DISTRICTS COMMUNITY CREDIT UNION*
101 NORTHTOWNE SQUARE
GIBSONIA, PA  15044

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee