| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | **JASON D. EDWARDS** |
| Debtor 2 (Spouse, if filing) | **CARRIE A. EDWARDS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number | **21-20055CMB** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** M & T BANK

**Court claim no.** (if known): 24

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 9 0

**Property Address:**
1735 HIGHLAND AVE
Number     Street

WEST MIFFLIN                                    PA     15122
City                                            State  ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

|    | | Amount |
|---|---|---:|
| a. | Allowed amount of prepetition arrearage: | $ 156.92 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 156.92 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ 156.92 |

## Part 4: Postpetition Payment

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ 46,395.22

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>February 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date  02/02/2026

**Trustee**
Ronda J. Winnecour
First Name    Middle Name    Last Name

**Address**
CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH     PA    15219
City    State    ZIP Code

**Contact phone** (412) 471-5566    **Email** cmecf@chapter13trusteewdpa.com

| Debtor 1 | **EDWARDS** | | Case Number **21-20055CMB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24 | M & T BANK | 01/27/2026 | 1350508 | Amounts Disbursed To Creditor | 156.92 |
| | | | | Total for Claim Number 24: | 156.92 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **156.92** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24 | M & T BANK | 03/26/2021 | 1191550 | Amounts Disbursed To Creditor | 238.41 |
| 24 | M & T BANK | 04/26/2021 | 1194810 | Amounts Disbursed To Creditor | 752.61 |
| 24 | M & T BANK | 05/25/2021 | 1197943 | Amounts Disbursed To Creditor | 518.52 |
| 24 | M & T BANK | 06/25/2021 | 1201126 | Amounts Disbursed To Creditor | 530.43 |
| 24 | M & T BANK | 07/26/2021 | 1204327 | Amounts Disbursed To Creditor | 570.74 |
| 24 | M & T BANK | 08/26/2021 | 1207450 | Amounts Disbursed To Creditor | 577.52 |
| 24 | M & T BANK | 09/24/2021 | 1210568 | Amounts Disbursed To Creditor | 582.61 |
| 24 | M & T BANK | 10/25/2021 | 1213646 | Amounts Disbursed To Creditor | 868.45 |
| 24 | M & T BANK | 11/22/2021 | 1216682 | Amounts Disbursed To Creditor | 578.41 |
| 24 | M & T BANK | 12/23/2021 | 1219749 | Amounts Disbursed To Creditor | 581.64 |
| 24 | M & T BANK | 01/26/2022 | 1222818 | Amounts Disbursed To Creditor | 583.69 |
| 24 | M & T BANK | 02/23/2022 | 1225703 | Amounts Disbursed To Creditor | 585.26 |
| 24 | M & T BANK | 03/25/2022 | 1228656 | Amounts Disbursed To Creditor | 599.97 |
| 24 | M & T BANK | 04/26/2022 | 1231702 | Amounts Disbursed To Creditor | 918.10 |
| 24 | M & T BANK | 05/25/2022 | 1234743 | Amounts Disbursed To Creditor | 622.91 |
| 24 | M & T BANK | 06/27/2022 | 1237764 | Amounts Disbursed To Creditor | 631.72 |
| 24 | M & T BANK | 07/26/2022 | 1240709 | Amounts Disbursed To Creditor | 638.90 |
| 24 | M & T BANK | 08/24/2022 | 1243602 | Amounts Disbursed To Creditor | 644.79 |
| 24 | M & T BANK | 09/27/2022 | 1246467 | Amounts Disbursed To Creditor | 974.40 |
| 24 | M & T BANK | 10/25/2022 | 1249297 | Amounts Disbursed To Creditor | 640.46 |
| 24 | M & T BANK | 11/23/2022 | 1252071 | Amounts Disbursed To Creditor | 643.88 |
| 24 | M & T BANK | 12/22/2022 | 1254839 | Amounts Disbursed To Creditor | 649.18 |
| 24 | M & T BANK | 01/26/2023 | 1257574 | Amounts Disbursed To Creditor | 682.95 |
| 24 | M & T BANK | 02/23/2023 | 1260197 | Amounts Disbursed To Creditor | 685.56 |
| 24 | M & T BANK | 03/28/2023 | 1262960 | Amounts Disbursed To Creditor | 1,031.55 |
| 24 | M & T BANK | 04/25/2023 | 1265783 | Amounts Disbursed To Creditor | 689.66 |
| 24 | M & T BANK | 05/25/2023 | 1268634 | Amounts Disbursed To Creditor | 696.40 |
| 24 | M & T BANK | 06/26/2023 | 1271531 | Amounts Disbursed To Creditor | 688.85 |
| 24 | M & T BANK | 07/25/2023 | 1274303 | Amounts Disbursed To Creditor | 689.09 |
| 24 | M & T BANK | 08/25/2023 | 1277072 | Amounts Disbursed To Creditor | 689.33 |
| 24 | M & T BANK | 09/26/2023 | 1279825 | Amounts Disbursed To Creditor | 689.52 |
| 24 | M & T BANK | 10/25/2023 | 1282538 | Amounts Disbursed To Creditor | 1,031.59 |
| 24 | M & T BANK | 11/27/2023 | 1285219 | Amounts Disbursed To Creditor | 685.06 |
| 24 | M & T BANK | 12/21/2023 | 1287812 | Amounts Disbursed To Creditor | 689.93 |
| 24 | M & T BANK | 01/26/2024 | 1290487 | Amounts Disbursed To Creditor | 690.07 |
| 24 | M & T BANK | 02/26/2024 | 1293158 | Amounts Disbursed To Creditor | 1,078.75 |
| 24 | M & T BANK | 03/26/2024 | 1295799 | Amounts Disbursed To Creditor | 753.09 |
| 24 | M & T BANK | 04/25/2024 | 1298453 | Amounts Disbursed To Creditor | 777.60 |
| 24 | M & T BANK | 05/29/2024 | 1301159 | Amounts Disbursed To Creditor | 800.85 |
| 24 | M & T BANK | 06/25/2024 | 1303700 | Amounts Disbursed To Creditor | 821.07 |
| 24 | M & T BANK | 07/25/2024 | 1306289 | Amounts Disbursed To Creditor | 838.55 |
| 24 | M & T BANK | 08/26/2024 | 1308870 | Amounts Disbursed To Creditor | 1,276.51 |
| 24 | M & T BANK | 09/25/2024 | 1311452 | Amounts Disbursed To Creditor | 862.24 |
| 24 | M & T BANK | 10/25/2024 | 1313980 | Amounts Disbursed To Creditor | 880.38 |
| 24 | M & T BANK | 11/25/2024 | 1316552 | Amounts Disbursed To Creditor | 890.29 |
| 24 | M & T BANK | 12/23/2024 | 1318958 | Amounts Disbursed To Creditor | 898.24 |
| 24 | M & T BANK | 01/28/2025 | 1321447 | Amounts Disbursed To Creditor | 1,352.92 |
| 24 | M & T BANK | 02/25/2025 | 1323882 | Amounts Disbursed To Creditor | 906.09 |
| 24 | M & T BANK | 03/26/2025 | 1326365 | Amounts Disbursed To Creditor | 931.63 |
| 24 | M & T BANK | 04/25/2025 | 1328838 | Amounts Disbursed To Creditor | 922.09 |
| 24 | M & T BANK | 05/23/2025 | 1331259 | Amounts Disbursed To Creditor | 899.89 |
| 24 | M & T BANK | 06/25/2025 | 1333696 | Amounts Disbursed To Creditor | 922.52 |
| 24 | M & T BANK | 07/25/2025 | 1336174 | Amounts Disbursed To Creditor | 922.67 |
| 24 | M & T BANK | 08/26/2025 | 1338592 | Amounts Disbursed To Creditor | 994.96 |
| 24 | M & T BANK | 09/25/2025 | 1341000 | Amounts Disbursed To Creditor | 744.71 |
| 24 | M & T BANK | 10/24/2025 | 1343478 | Amounts Disbursed To Creditor | 744.71 |
| 24 | M & T BANK | 11/21/2025 | 1345779 | Amounts Disbursed To Creditor | 744.71 |
| 24 | M & T BANK | 12/23/2025 | 1348122 | Amounts Disbursed To Creditor | 744.71 |
| 24 | M & T BANK | 01/27/2026 | 1350508 | Amounts Disbursed To Creditor | 2,113.88 |
| | | | | Total for Claim Number 24: | 46,395.22 |

Debtor 1 **EDWARDS**　　　　　　　　　　　　　　　　　　　　　Case Number **21-20055CMB**　　　　　　　　　Page 2
Name

## History Of Payments

**Total for Part 4 - a (Postpetition Payments):**　　46,395.22

## Certificate of Serivce

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| JASON D. EDWARDS<br>CARRIE A. EDWARDS<br>1735 HIGHLAND AVE<br>WEST MIFFLIN, PA  15122 | MATTHEW M HERRON ESQ<br>THE DEBT DOCTORS LLC<br>607 COLLEGE ST STE 101<br>PITTSBURGH, PA  15232 |
| M & T BANK<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | M & T BANK<br>PO BOX 840<br>BUFFALO, NY  14240 |
| KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | |

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee