**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20055-CMB |
| Jason D. Edwards and | : | |
| Carrie A. Edwards, | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Jason D. Edwards and | : | |
| Carrie A. Edwards , | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 1, 2021, at docket number 16, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of a Personal Financial Management Course*.

This Certification is being signed under penalty of perjury by the Debtors who carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Signed by: *Jason D. Edwards* (E5403C5476A8487...)
Jason D. Edwards
Debtor

Signed by: *Carrie A. Edwards* (452BE77D1BC241B...)
Carrie A. Edwards
Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:    /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**

{W0590517.1 }