**Fill in this information to identify the case:**

Debtor 1    Carrie A. Edwards and Jason D. Edwards

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
                                                                               (State)

Case number    21-20055 CMB

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:  Mortgage Information

**Name of claim holder:**     M&T Bank

**Court claim no.** (if known):   24

**Last 4 digits** of any number you use to identify the debtor's account: 5590

**Property address:**       **1735 Highland Avenue**
                                         Number     Street
                                         **West Mifflin    PA 15122**
                                         City                       State       ZIP Code

## Part 2:  Arrearages

The total amount received to cure any arrearages as of the date of this response:    $ 156.92                .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:     $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:     $ _____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐  The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i. Date last payment was received on the mortgage: 02 / 04 / 2026
  ii. Date next postpetition payment from the debtor is due: 03 / 01 / 2026
  iii. Amount of the next postpetition payment that is due: $ 863.66
  iv. Unpaid principal balance of the loan: $ 56,653.42
  v. Additional amounts due for any deferred or accrued interest: $ 177.04
  vi. Balance of the escrow account: $ 2,396.96
  vii. Balance of unapplied funds or funds held in a suspense account: $ 962.47
  viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 125.48

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Denise Carlon    Date February 16, 2026
Signature

Name: Denise Carlon
First name    Middle name    Last name

Title: Attorney for Secured Creditor

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite, 5000
Number    Street

Philadelphia    PA    19196
City    State    ZIP Code

Contact phone (215) 627-1322    Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carrie A. Edwards<br>Jason D. Edwards<br>　　　　　　　　Debtor(s) | BK NO. 21-20055 CMB<br><br>Chapter 13 |
| M&T Bank<br>　　　　　　　　Movant<br><br>vs.<br><br>Carrie A. Edwards<br>Jason D. Edwards<br>　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　Trustee | Related to Claim No. 24 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Carrie A. Edwards
1735 Highland Avenue
Pittsburgh, PA 15122

Jason D. Edwards
1735 Highland Avenue
Pittsburgh, PA 15122

<u>Attorney for Debtor(s) (via ECF)</u>
Matthew M. Herron, Esq.
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>February 24, 2026</u>

　　　　　　　　　　　　　　　　　　　　<u>**/s/ Denise Carlon**</u>
　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com

# M&T Bank

## PAYOFF STATEMENT

February 11, 2026

Re: Loan No. ███████

Jason D Edwards

1735 Highland Ave
West Mifflin    , PA 15122

Jason D Edwards

1735 Highland Avenue
West Mifflin PA 15122

```
Interest Rate:  3.75000%
Principal Balance:                                       $      56,653.42
Total Interest                                                     177.04
Suspense Balance                                                  -962.47
Pro Rata MIP                                                       125.48
Recording Fees                                                     182.75
Document Preparation                                                  .00
County Tax                                                         354.14
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * *  $          56,530.36
```

This statement expires March 01, 2026.

Current Escrow Balance                                            2,396.96

**An additional month of interest is due if payoff funds are received after the first business day of the month.**

M&T Bank reserves the right to return partial payoff funds. Payoff figures are subject to change. The total amount required to pay the loan in full may change if any check previously received is rejected by the institution upon which it was drawn or if any credits or disbursements are made to or from your account.
Funds must be received in our office no later than 3:00 pm (EST) to be credited that same day. Please call M&T Bank before funds are sent to verify figures are correct.

Certified funds must be made payable to M&T Bank. Please include the mortgage account number on all correspondence including the payoff check; mail to:

> M&T Bank
> 1 Fountain Plaza, 6th Floor
> Buffalo, NY 14203-1495
> Attn: Payoff Department

**ISSUANCE OF THIS STATEMENT DOES NOT PRECLUDE M&T BANK FROM TAKING ACTION IN THE CONTEXT OF YOUR BANKRUPTCY CASE. PLEASE CONTINUE TO MAKE REGULARLY SCHEDULED MORTGAGE PAYMENTS UNTIL YOUR LOAN IS PAID IN FULL.**

A late charge in the amount of $    34.55 will be assessed, pursuant to the contract, if the current payment or payoff is received after the grace date.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

**M&T** Bank

Re:   Loan No ███████

PAGE 2

## Important Information Regarding This Payoff Statement

### Please Read Carefully

=====================================================================
**ONLY CERTIFIED FUNDS OR ATTORNEY ESCROW CHECKS ARE ACCEPTED FOR PAYOFF**

**\*\*\*\* WHEN REMITTING PAYOFF FUNDS, PLEASE INCLUDE WRITTEN MAILING
INSTRUCTIONS FOR THE DISCHARGE, RELEASE OF LIEN, OR RECONVEYANCE \*\*\*\***
=====================================================================

**A PROPERLY EXECUTED, RECORDABLE RELEASE OF LIEN WILL BE PROVIDED BY
M&T BANK, AFTER THE LOAN IS PAID IN FULL.**

Funds received must be sufficient to satisfy the full amount due on this loan, including all attorney fees and costs, pursuant to the contract and applicable law. If the amount received does not fully repay the current debt, including all fees and advances, interest will continue to accrue until the full amount is received. If the mortgagor has already mailed the current month's payment, DO NOT stop payment on the check. Any excess funds will be refunded to the mortgagor after payoff.

1. If this property is sold, please provide the seller's forwarding address.

2. Our records indicate that the estimated tax and/or insurance items listed below are due to be paid within the next twelve (12) months.

       $ 752.88  08-26  Hud-risk Based Ins Prem
       $ 1591.63 08-26  W Mifflin Sd/w Mifflin
       $ 354.14  03-26  Allegheny County
       $ 765.70  04-26  W. Mifflin Boro -allegh
       $ 1728.68 07-26  Nationwide Mutual Ins Co

If the mortgage is escrowed, scheduled tax and insurance payments will continue to be made.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

**M&T** Bank

February 11, 2026

Jason D Edwards
1735 Highland Ave
West Mifflin, PA 15122

Loan No.: ███████████
FHA Case ███████████

    I am writing in response to your February 11, 2026 request for payoff figures for your FHA-Insured Mortgage. The procedure indicated below will be followed in order to ensure full payment of your mortgage.

M&T Bank will:

(A) ___ Accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment; or

(B) _X_ Only accept the prepayment on the first day of any month during the mortgage term; or accept the prepayment whenever tendered with interest paid to the first day of the month following the date prepayment is received.

(C) ___ Require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgages insured prior to August 2, 1985). We consider that the 30-day written notice has not yet been complied with, notice must be in writing.

(D) ___ Consider that we have received notice of your intended prepayment and the 30-day notice began to run on February 11, 2026.

Note: It is to your advantage to arrange closings so that the prepayment reaches us on or before the first work day of the month (as close to the end of the month as possible).

If you have any questions regarding this notice, please contact our Payoff Department at 1-800-724-2224.

M&T Bank

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

# M&T Bank

M&T BANK

(800) 724-2224

## PAYOFF STATEMENT

February 11, 2026

Re:      Loan No.

FHA Case No/Sec

To:
Jason D Edwards                                Reference

1735 Highland Avenue
1735 Highland Ave                              West Mifflin PA 15122
West Mifflin       , PA 15122                  (000)000-0000

```
Principal Balance:                                                    $    56,653.42
Total Interest at   3.75000%                                                   177.04
Suspense Balance                                                              -962.47
Pro Rate MIP                                                                   125.48
 * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $                       56,530.36

Current Escrow Balance                                                $     2,396.96
```
Funds received after March 01, 2026 will require an additional months interest.

```
                INVESTOR:          CATEGORY:
                LOAN TYPE: First Mortgage Only      FHA
                STATE CODE:
                COUNTY CODE:
                MAN CODE: B
                TRAN NO. :_____
                REASON:_____
```

Jason D Edwards
                                               1735 Highland Avenue
1735 Highland Ave                              West Mifflin PA 15122
West Mifflin       , PA 15122                  (000)000-0000

Principal Balance:                                                    $    56,653.42
Total Interest at   3.75000%                                                   177.04
Suspense Balance                                                              -962.47

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

**M&T Bank**

```
* TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $        56,530.36
Current Escrow Balance                         $         2,396.96
Funds received after March 01, 2026 will require an additional months
interest.
                    INVESTOR ▮      CATEGORY: ▮
                    LOAN TYPE: First Mortgage Only     FHA
                    STATE CODE: ▮
                    COUNTY CODE ▮
                    MAN CODE: B▮
                    TRAN NO. :_____
                    REASON:  _____
```

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.