**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON D. EDWARDS<br>CARRIE A. EDWARDS<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:21-20055<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

February 24, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/11/2021 and confirmed on 3/9/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,124.07 |
| Less Refunds to Debtor | 1,108.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,016.04 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,157.73 | |
| Trustee Fee | 4,526.85 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,684.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 46,395.22 | 0.00 | 46,395.22 |
| Acct: 5590 | | | | |
| M & T BANK | 156.92 | 156.92 | 0.00 | 156.92 |
| Acct: 5590 | | | | |
| NORTH DISTRICTS COMMUNITY CREDIT | 17,188.01 | 17,188.01 | 2,690.33 | 19,878.34 |
| Acct: 8L01 | | | | |
| | | | | 66,430.48 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON D. EDWARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON D. EDWARDS | 1,108.03 | 1,108.03 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 1,055.53 | 1,055.53 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| THE DEBT DOCTORS LLC | 1,102.20 | 1,102.20 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-23 | | | | |
| ALLY BANK LEASE TRUST** | 13,761.02 | 13,761.02 | 0.00 | 13,761.02 |
| Acct: 5338 | | | | |
| | | | | 13,761.02 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 6,705.40 | 10.53 | 0.00 | 10.53 |
| Acct: 6819 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,197.08 | 5.02 | 0.00 | 5.02 |
| Acct: 9024 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 5,928.33 | 9.31 | 0.00 | 9.31 |
| Acct: 6379 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,084.47 | 4.84 | 0.00 | 4.84 |
| Acct: 5494 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,972.68 | 3.10 | 0.00 | 3.10 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3589 | | | | |
| | CITIBANK NA | 3,090.02 | 4.85 | 0.00 | 4.85 |
| | Acct: 6146 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 1,906.35 | 2.99 | 0.00 | 2.99 |
| | Acct: 3468 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CC | 483.71 | 0.76 | 0.00 | 0.76 |
| | Acct: 1801 | | | | |
| | DISCOVER BANK(*) | 5,856.55 | 9.19 | 0.00 | 9.19 |
| | Acct: 1957 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0206 | | | | |
| | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4003 | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0073 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 5,639.08 | 8.85 | 0.00 | 8.85 |
| | Acct: 6724 | | | | |
| | NAVIENT PC TRUST | 758.71 | 1.19 | 0.00 | 1.19 |
| | Acct: 6562 | | | | |
| | ECMC(*) | 23,114.00 | 36.29 | 0.00 | 36.29 |
| | Acct: 6562 | | | | |
| | NORTH DISTRICTS COMMUNITY CREDIT | 5,271.86 | 8.28 | 0.00 | 8.28 |
| | Acct: 8892 | | | | |
| | NORTH DISTRICTS COMMUNITY CREDIT | 6,632.45 | 10.41 | 0.00 | 10.41 |
| | Acct: 8L02 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 921.58 | 1.45 | 0.00 | 1.45 |
| | Acct: 2083 | | | | |
| | LVNV FUNDING LLC | 4,145.48 | 6.51 | 0.00 | 6.51 |
| | Acct: 7156 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 247.10 | 0.39 | 0.00 | 0.39 |
| | Acct: 0815 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 614.14 | 0.96 | 0.00 | 0.96 |
| | Acct: 7756 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 1,918.40 | 3.01 | 0.00 | 3.01 |
| | Acct: 2757 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,291.36 | 6.74 | 0.00 | 6.74 |
| | Acct: 3915 | | | | |
| | OLLO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0711 | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2202 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3512 | | | | |
| | RESURGENT RECEIVABLES LLC | 292.84 | 0.46 | 0.00 | 0.46 |
| | Acct: 4521 | | | | |
| | ALLY BANK LEASE TRUST** | 3,074.21 | 4.83 | 0.00 | 4.83 |
| | Acct: 5338 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7756 | | | | |
| | WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

21-20055 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 139.96 |
| **TOTAL PAID TO CREDITORS** | | | | | 80,331.46 |

TOTAL CLAIMED
PRIORITY        13,761.02
SECURED         17,344.93
UNSECURED       89,145.80

Date: 02/24/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JASON D. EDWARDS<br>CARRIE A. EDWARDS<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:21-20055<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20055-CMB |
| Jason D. Edwards | Chapter 13 |
| Carrie A. Edwards | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | Leah Fink, 4411 Stilley Rd, Pittsburgh, PA 15227-1368 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:14 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 26 2026 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 26 2026 00:17:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15337011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:02 | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15330888 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 00:30:24 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328697 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2026 00:17:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15328698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:17 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:02 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15328701 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:26 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 26 2026 00:30:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15328700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:23 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15350355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15337016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:05 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15328702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:17:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 00:17:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | | Email/Text: mrdiscen@discover.com | Feb 26 2026 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15393887 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 26 2026 00:17:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15341755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 00:30:01 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15328705 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 26 2026 00:18:00 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328706 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 26 2026 00:17:00 | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15328707 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 00:30:02 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15342682 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15351595 | | Email/Text: camanagement@mtb.com | Feb 26 2026 00:17:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15337024 | | Email/Text: camanagement@mtb.com | Feb 26 2026 00:17:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15336853 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2026 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330802 | | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 26 2026 00:30:04 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 16640019 | | Email/Text: Bankruptcy_Notices@navient.com | Feb 26 2026 00:17:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 15328710 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 26 2026 00:30:04 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 26 2026 00:30:15 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15330691 | + | Email/Text: bncnotifications@pheaa.org | Feb 26 2026 00:17:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15337029 | + | Email/Text: paul@ndcupa.org | Feb 26 2026 00:17:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |

Case 21-20055-CMB    Doc 97    Filed 02/27/26    Entered 02/28/26 00:33:45    Desc Imaged
                               Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15339930 | + | Email/Text: BKRMailOps@weltman.com | Feb 26 2026 00:17:00 | North Districts Community Credit Union, c/o Weltman Weinberg and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15509071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15346931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15349599 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15349600 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16444038 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 00:30:05 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15328714 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:12 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15328715 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:23 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15328716 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:01 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15328718 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:00 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328717 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:00 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328713 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 00:30:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15344731 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 00:30:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15329093 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2026 00:30:05 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328719 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 00:30:12 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15328720 | | Email/Text: bncmail@w-legal.com | Feb 26 2026 00:17:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15328722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2026 00:30:05 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15337039 | | Email/Text: pitbk@weltman.com | Feb 26 2026 00:17:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank Lease Trust Assignor to Vehicle Asset U |
| cr | | M&T BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 | |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 | |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 | |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 | |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 | |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 | |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 | |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 | |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 | |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 | |
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 | |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 | |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 | |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 | |
| 15551664 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 | |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 | |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 | |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 | |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 | |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 | |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 | |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 | |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 | |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 | |
| 15328712 | ##+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 | |

TOTAL: 2 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Denise Carlon
　　　on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Keri P. Ebeck
　　　on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel
　　　on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew M. Herron
　　　on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 58

| | |
|---|---|
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Michael H Kaliner | on behalf of Creditor Ally Bank Lease Trust Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") ANHSOrlans@InfoEx.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9