**Fill in this information to identify the case:**

**Debtor 1** Jason D. Edwards

**Debtor 2** Carrie A. Edwards
(Spouse if filing)

**United States Bankruptcy Court for the:** Western District of Pennsylvania

**Case number** 21-20055-CMB
**WWR #** 040755358

# Official Form 410C13-NR
# Amended Response to Trustee's Notice of Disbursements Made
## 12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).

### Part 1: Mortgage Information

**Name of claim holder:** North Districts Community Credit Union

**Court claim no.** (if known):

15

Last 4 digits of any number you use to identify the debtor's account: 8L01

**Property address:**      1735        Highland Avenue
                           Number      Street

                           West Mifflin    PA       15122
                           City            State    ZIP Code

### Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response:      $_____

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:   $_____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:   $_____.

## Part 3: Postpetition Payments

(a) Check all that apply:

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 10/06/2025 |
| ii. | Date next postpetition payment from the debtor is due: | N/A Loan paid in full |
| iii. | Amount of the next postpetition payment that is due: | $0.00 |
| iv. | Unpaid principal balance of the loan: | $0.00 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $0.00 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

# Part 5: Sign Here

The person completing this must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Milos Gvozdenovic          Date: March 10, 2026
Signature

Name          Milos Gvozdenovic

Title         Attorney for Creditor

Company       Weltman, Weinberg & Reis Co., LPA
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       5990 West Creek Road, Ste. 200
              Independence, OH 44131

Contact phone    216-739-5680              Email  mgvozdenovic@weltman.com

Regarding:                                              Loan No. ending in 8-L01
Jason D. Edwards                                        WWR No. 040755358
1735 Highland Avenue                                    Claim No. 15
West Mifflin, PA 15122-3902

## **PAYOFF BALANCE**

$0.00

The payoff, as of 03/10/2026, is $0.00 as this loan has been paid in full.

Funds were previously returned to Trustee as an overpayment.

Weltman, Weinberg & Reis, Co. L.P.A.
c/o Creditor, Northern Districts Community
5990 West Creek Rd, Suite 200
Independence, OH 44131

WWR # 040755358

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Jason D. Edwards ) | Bankruptcy No.21-20055-CMB |
| Carrie A. Edwards ) | |
|     Debtors. ) | |
| ) | Chapter 13 |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Movant. ) | |
| ) | |
| v. ) | |
| ) | |
| Jason D. Edwards, Debtor ) | |
| Carrie A. Edwards, Debtor ) | |
| North Districts Community Credit Union, Creditor ) | |
|     Respondents, ) | |

### CERTIFICATE OF SERVICE OF
### AMENDED RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Milos Gvozdenovic, certify under penalty of perjury that I served the above captioned Amended Response on the parties at the addresses below, on March 10, 2026:

**Service by First-Class Mail**:

Jason D. Edwards, Debtor
1735 Highland Ave
West Mifflin, PA 15122

Carrie A. Edwards, Joint Debtor
1735 Highland Ave
West Mifflin, PA 15122

**and Service by NEF/ECF**:

Matthew M. Herron, Attorney for Debtors at mmh@thedebtdoctors.com
Ronda J. Winnecour, Chapter 13 Trustee at cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: March 10, 2026

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
5990 West Creek Rd, Suite 200
Independence, OH, 44131
216-739-5680
mgvozdenovic@weltman.com