**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason D. Edwards | Social Security number or ITIN   xxx–xx–6562 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carrie A. Edwards | Social Security number or ITIN   xxx–xx–1601 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–20055–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason D. Edwards                    Carrie A. Edwards


4/17/26

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                       Case No. 21-20055-CMB

Jason D. Edwards                           Chapter 13

Carrie A. Edwards

       Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 17, 2026 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | Leah Fink, 4411 Stilley Rd, Pittsburgh, PA 15227-1368 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 17 2026 21:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 17 2026 21:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 17 2026 21:20:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 17 2026 17:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 17:18:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Apr 17 2026 17:19:00 | North Districts Community Credit Union, c/o Weltman, Weinberg & Reis Co. L.P.A., 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| cr | + | EDI: PRA.COM | Apr 17 2026 21:20:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 17 2026 21:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15337011 | + | EDI: AISACG.COM | Apr 17 2026 21:20:00 | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15330888 | + | EDI: AISACG.COM | Apr 17 2026 21:20:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| 15328697 | + EDI: GMACFS.COM | Apr 17 2026 21:20:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
|---|---|---|---|
| 15328698 | + EDI: CITICORP | Apr 17 2026 21:20:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | EDI: CAPITALONE.COM | Apr 17 2026 21:20:00 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15328701 | EDI: CAPITALONE.COM | Apr 17 2026 21:20:00 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | EDI: CAPITALONE.COM | Apr 17 2026 21:20:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15328700 | EDI: CAPITALONE.COM | Apr 17 2026 21:20:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15350355 | EDI: CITICORP | Apr 17 2026 21:20:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15337016 | + EDI: CITICORP | Apr 17 2026 21:20:00 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15328702 | + EDI: WFNNB.COM | Apr 17 2026 21:20:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + EDI: WFNNB.COM | Apr 17 2026 21:20:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | EDI: DISCOVER | Apr 17 2026 21:20:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | EDI: DISCOVER | Apr 17 2026 21:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15393887 | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 17:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15341755 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:11 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15328705 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:08 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328706 | + EDI: HFC.COM | Apr 17 2026 21:20:00 | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15328707 | + EDI: CAPITALONE.COM | Apr 17 2026 21:20:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15342682 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 17:20:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328708 | + EDI: SYNC | Apr 17 2026 21:20:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15351595 | Email/Text: camanagement@mtb.com | Apr 17 2026 17:18:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15337024 | Email/Text: camanagement@mtb.com | Apr 17 2026 17:18:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15336853 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 17:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330802 | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:16 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 16640019 | Email/Text: Bankruptcy_Notices@navient.com | Apr 17 2026 17:18:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |

District/off: 0315-2                                      User: auto                                        Page 3 of 5

Date Rcvd: Apr 17, 2026                                  Form ID: 3180W                                     Total Noticed: 61

| | | | |
|---|---|---|---|
| 15328710 | + Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:16 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:08 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15330691 | + Email/Text: bncnotifications@pheaa.org | Apr 17 2026 17:18:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15337029 | + Email/Text: paul@ndcupa.org | Apr 17 2026 17:18:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15339930 | + Email/Text: BKRMailOps@weltman.com | Apr 17 2026 17:19:00 | North Districts Community Credit Union, c/o Weltman Weinberg and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 15509071 | EDI: PRA.COM | Apr 17 2026 21:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15346931 | EDI: PRA.COM | Apr 17 2026 21:20:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15349599 | EDI: Q3G.COM | Apr 17 2026 21:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15349600 | EDI: Q3G.COM | Apr 17 2026 21:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16444038 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 17:20:13 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15328714 | EDI: SYNC | Apr 17 2026 21:20:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15328715 | EDI: SYNC | Apr 17 2026 21:20:00 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 |
| 15328716 | + EDI: SYNC | Apr 17 2026 21:20:00 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15328718 | + EDI: SYNC | Apr 17 2026 21:20:00 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328717 | EDI: SYNC | Apr 17 2026 21:20:00 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15328713 | EDI: SYNC | Apr 17 2026 21:20:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15344731 | + EDI: PRA.COM | Apr 17 2026 21:20:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15329093 | + EDI: AIS.COM | Apr 17 2026 21:20:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15328719 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:08 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15328720 | EDI: WTRRNBANK.COM | Apr 17 2026 21:20:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15328722 | + EDI: CITICORP | Apr 17 2026 21:20:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15337039 | Email/Text: pitbk@weltman.com | Apr 17 2026 17:18:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank Lease Trust Assignor to Vehicle Asset U |
| cr | | M&T BANK |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15551664 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15328712 | ##+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |

TOTAL: 2 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Keri P. Ebeck | |

District/off: 0315-2                                    User: auto                                              Page 5 of 5

Date Rcvd: Apr 17, 2026                            Form ID: 3180W                                    Total Noticed: 61

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Matthew Fissel

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew M. Herron

on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael H Kaliner

on behalf of Creditor Ally Bank Lease Trust Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or
"V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") mkaliner@lasp.org

Milos Gvozdenovic

on behalf of Creditor North Districts Community Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9