**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON D. EDWARDS
    CARRIE A. EDWARDS
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:21-20055

Chapter 13

Document No.:   92

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____17th_____ day of _____April_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/17/26 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE          **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 21-20055-CMB

Jason D. Edwards                                     Chapter 13

Carrie A. Edwards

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: auto                               Page 1 of 5

Date Rcvd: Apr 17, 2026                     Form ID: pdf900                           Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Jason D. Edwards, Carrie A. Edwards, 1735 Highland Ave, West Mifflin, PA 15122-3902 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | Leah Fink, 4411 Stilley Rd, Pittsburgh, PA 15227-1368 |
| 15328711 | + | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15328721 | + | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 17:20:08 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 17 2026 17:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 17:18:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Apr 17 2026 17:19:00 | North Districts Community Credit Union, c/o Weltman, Weinberg & Reis Co. L.P.A., 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 17:20:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 17:20:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15337011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 17:20:16 | Ally Bank Lease Trust, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15330888 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 17:20:11 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15328697 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 17 2026 17:18:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15328698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 17:20:13 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15328699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 17:20:15 | Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |

District/off: 0315-2            User: auto            Page 2 of 5

Date Rcvd: Apr 17, 2026            Form ID: pdf900            Total Noticed: 59

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15328701 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 17:20:15 | Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15331474 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 17:20:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15328700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 17:20:07 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15350355 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 17:20:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15337016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 17:30:26 | Citibank, NA, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15328702 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 17:18:00 | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15328703 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 17:18:00 | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15328704 | | Email/Text: mrdiscen@discover.com | Apr 17 2026 17:18:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15330067 | | Email/Text: mrdiscen@discover.com | Apr 17 2026 17:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15393887 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 17:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15341755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:15 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15328705 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:08 | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15328706 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 17 2026 17:18:00 | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15328707 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 17:20:11 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15342682 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 17:20:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15328708 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:11 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15351595 | | Email/Text: camanagement@mtb.com | Apr 17 2026 17:18:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15337024 | | Email/Text: camanagement@mtb.com | Apr 17 2026 17:18:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15336853 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 17:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15330802 | | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:16 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 16640019 | | Email/Text: Bankruptcy_Notices@navient.com | Apr 17 2026 17:18:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 15328710 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:08 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15328709 | | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 17 2026 17:20:16 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15330691 | + | Email/Text: bncnotifications@pheaa.org | Apr 17 2026 17:18:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |

District/off: 0315-2                          User: auto                                   Page 3 of 5
Date Rcvd: Apr 17, 2026                       Form ID: pdf900                              Total Noticed: 59

| | | | | |
|---|---|---|---|---|
| 15337029 | + Email/Text: paul@ndcupa.org | Apr 17 2026 17:18:00 | North Districts Community CU, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 | |
| 15339930 | + Email/Text: BKRMailOps@weltman.com | Apr 17 2026 17:19:00 | North Districts Community Credit Union, c/o Weltman Weinberg and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 | |
| 15509071 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 17:20:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 | |
| 15346931 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 17:20:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 | |
| 15349599 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 17:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 15349600 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 17:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 16444038 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 17:20:08 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 | |
| 15328714 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:11 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 | |
| 15328715 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:15 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-5036 | |
| 15328716 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:07 | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 | |
| 15328718 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:11 | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 | |
| 15328717 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:15 | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 | |
| 15328713 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 17:20:11 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 | |
| 15344731 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 17:20:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 | |
| 15329093 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 17:20:08 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |
| 15328719 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 17:20:11 | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 | |
| 15328720 | Email/Text: bncmail@w-legal.com | Apr 17 2026 17:18:00 | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 | |
| 15328722 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 17:30:29 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 | |
| 15337039 | Email/Text: pitbk@weltman.com | Apr 17 2026 17:18:00 | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 | |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank Lease Trust Assignor to Vehicle Asset U |
| cr | | M&T BANK |

District/off: 0315-2                             User: auto                                     Page 4 of 5
Date Rcvd: Apr 17, 2026                          Form ID: pdf900                                Total Noticed: 59

| | | |
|---|---|---|
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15337012 | *+ | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15337013 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337015 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 15337014 | * | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15337017 | *+ | Comenity Capital Bank/Big Lots Credit Ca, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15337018 | *+ | Comenity/Hot Topic, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15337019 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15337020 | *+ | Fingerhut/Webbank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15337021 | *+ | HSBC Bank USA, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 15337022 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15337023 | *+ | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15337026 | *+ | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15337025 | * | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 15337027 | *+ | North District Credit Union, 4073 Route 8, Allison Park, PA 15101-3001 |
| 15337028 | *+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |
| 15551664 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15337031 | * | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15337032 | *+ | SYNCB/JC Penneys, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15337034 | *+ | SYNCB/PPC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337033 | * | SYNCB/PayPal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15337030 | * | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15337035 | *+ | TBOM/OLLO Card Services, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15337036 | * | TD Bank USA/Target Credit, 7000 Target Parkway N., Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15337037 | *+ | TD Bank, N.A., 222 N. LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15337038 | *+ | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15328712 | ##+ | North Districts Community, 5321 William Flynn Highway, Credit Union, Gibsonia, PA 15044-9639 |

TOTAL: 2 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Matthew M. Herron | |
| | on behalf of Joint Debtor Carrie A. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |

District/off: 0315-2                         User: auto                                    Page 5 of 5
Date Rcvd: Apr 17, 2026                      Form ID: pdf900                               Total Noticed: 59

                        on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
                        on behalf of Debtor Jason D. Edwards mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michael H Kaliner
                        on behalf of Creditor Ally Bank Lease Trust Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST"  or
                        "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") mkaliner@lasp.org

Milos Gvozdenovic
                        on behalf of Creditor North Districts Community Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 9